UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| MCCAFFREE FINANCIAL CORP. ON BEHALF OF THE MCCAFFREE FINANCIAL CORP. EMPLOYEE RETIREMENT PROGRAM, on behalf of a class of those similarly situated, | ) ) ) ) ) | Case No. 4:14-cv-102-SMR |
| Plaintiff, | ) ) | Hon. Stephanie M. Rose |
| vs. | ) ) ) | **ORAL ARGUMENT REQUESTED** |
| PRINCIPAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Principal Life Insurance Company ("Principal Life") hereby moves the Court to dismiss the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. All of Plaintiff's claims require Plaintiff to show that Principal Life acted as an ERISA fiduciary "when taking the action subject to complaint." *Pegram v. Herdrich*, 530 U.S. 211, 226 (2000). The "action subject to complaint" in this case is Principal Life's assessment of fees in connection with its services to Plaintiff's 401(k) plan – fees that Plaintiff authorized when it signed a contract with Principal Life in 2009. In collecting these contractually agreed-upon fees, Principal Life was not exercising any authority or control with respect to the plan or otherwise acting as a fiduciary; it was charging the contractual fees its customer had authorized. As a result, all of Plaintiff's claims should be dismissed with prejudice.

In further support of its motion, Principal Life is submitting a brief, which is incorporated by reference.

Principal Life respectfully requests that this Court order oral argument on this motion. The motion presents threshold and dispositive issues that may be better fleshed out during the give-and-take of oral argument.

WHEREFORE, Principal Life respectfully requests that the Court order oral argument on this motion, dismiss the Complaint with prejudice, and award any other appropriate relief.

Dated: May 9, 2014                                                      Respectfully submitted,

/s/  Eric S. Mattson

Angel West, AT0008416
aaw@nyemaster.com
Nyemaster Goode PC
700 Walnut Street
Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3167
Facsimile: (515) 283-3108

Joel S. Feldman
jfeldman@sidley.com
Eric S. Mattson
emattson@sidley.com
Jen C. Won
jwon@sidley.com
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Counsel for Defendant*
*Principal Life Insurance Company*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2014, I electronically filed the foregoing Defendant's Motion to Dismiss with the Clerk of Court using the ECF system, which will send notification of the filing to the parties participating in the Court's electronic filing system.

/s/ Eric S. Mattson