# Exhibit A

# GROUP ANNUITY CONTRACT

Principal Life Insurance Company
711 High Street
Des Moines, Iowa 50392-0001
(515) 247-5111

In consideration of the application for this contract made by

McCaffree Financial Corporation
(the Contractholder)

and payment of all Contributions provided for in this contract, agrees to make payments to the person or persons entitled to them subject to the provisions of this contract.

This contract is delivered in Kansas.

**Contributions directed into a Separate Account are not guaranteed as to the fixed dollar amount but will increase or decrease in dollar amount, depending on the investment performance of such Separate Account, as set out in this contract.**

This contract is issued and accepted subject to all the terms set forth in it.

This contract is executed by Principal Life Insurance Company at its Home Office to take effect as of the 1st day of September, 2009, which is the Contract Date.

Senior Vice President and
Corporate Secretary

President and
Chief Executive Officer

Registrar

Date

**GROUP CONTRACT NO. GA   6-16218**

**Accumulation Group Annuity Contract
With Pooled Separate Accounts**

GP A 5950

## REMOVAL OF DIVIDEND SECTION RIDER

This rider is made part of the group annuity contract to which it is attached. Such group annuity contract is issued by us to you. All terms defined in the contract have the same meaning where used in this rider.

The effective date of this rider is the latest of (i) July 1, 1998 or (ii) the date the rider was approved for use in the state of issue of this contract.

This rider modifies the contract by striking SECTION 3--DIVIDENDS from the General Provisions article of the contract and by renumbering all of the sections thereafter to reflect the change.

Principal Life Insurance Company

President and
Chief Executive Officer

## Investment Direction Rider

This rider is made a part of the group annuity contract to which it is attached. Such group annuity contract is issued by us to you. All terms defined in the contract have the same meaning where used in this rider.

This rider modifies the contract by striking SECTION 2--INVESTMENT DIRECTION from the Contributions and Accounts article of the contract and substituting the following:

**SECTION 2--INVESTMENT DIRECTION**.

Each type of Contribution on behalf of a Member may be directed to the General Investment Account for the Guarantee Period or Periods selected (see Section 3 below) or to any number of the Separate Investment Accounts (see Section 5 below) or to any combination of such accounts. We must have Written Notification for the portion of each type of Contribution to be held in each account. Contributions will be added to each account in the amount or percentage specified in the Written Notification. By Written Notification, future Contributions may be directed to different accounts or the amount directed to an account may be changed. If a Contribution is received for a Member without Written Notification on file, we will direct that Contribution to the most applicable Principal LifeTime Separate Account available under the Contract, based on the age of the Member. Upon receiving Written Notification from you, these Contributions may be directed to another investment option or investment service available under the Plan in place of the most applicable Principal LifeTime Separate Account. "Written Notification" as it applies in Sections 2, 8, 9 and 10 of this Article and Article III, Sections 3 and 4, means a form of notice approved in advance by us, including written forms, electronic transmissions, telephone transmissions, facsimiles or photocopies. We will notify you regarding the acceptable forms of notice we will allow. At our discretion, we may require that a specific form of notice be used in a particular case or that a particular notice be confirmed.

The effective date of this rider is the latest of (i) the Contract Effective Date, (ii) the date this rider has been approved for use in the state of delivery, or (iii) the date added to the contract through amendment as outlined in SECTION 9--AMENDMENT of the general provisions section article of the contract.

Principal Life Insurance Company

President and
Chief Executive Officer

GPR 54648 A                                    For use w/ PRO GP A 5950 (102006)

## ACCUMULATION GROUP ANNUITY ENDORSEMENT RIDER

This rider is made a part of the Group Annuity Contract to which it is attached. This contract is issued to you, the Contractholder, by us. All terms defined in the contract have the same meaning where used in this rider.

The purpose of this rider is to clarify certain terms and language in this contract.

The effective date of this rider will be the latest of the Contract Date, the date of the amendment adding this rider to the contract, or the date this rider is approved for use by the state of issue.

1.      This rider adds the following definitions in **Article I, Section 2--Other Defined Terms**:

**Applicable U.S. Treasury Rate** means the yield associated with the average of accepted bids for the U.S. bonds, notes, or bills which will mature on the date the Guaranteed Interest Account would have matured. This yield will be those provided by the Wall Street Journal, or a similar publication, or by an agency that provides similar information.

Rates for terms of less than twelve months will not be used. The twelve month Treasury rate will be used for any such transaction.

If the publication or agency does not provide a rate for the date of payment or application, this rate will be determined using linear interpolation between the rates for the maturities closest to the date the account would have matured.

**Business Day** means a day on which both we and the New York Stock Exchange are open for business, or any other day which we agree will be a Business Day. If you request a list of our Business Days for any calendar year, we will provide you with the list.

**Corporate Center** means our offices at 711 High Street, Des Moines, Iowa, 50392, or any other office or address to which we direct you to send Contributions.

2.      This rider deletes the definitions of Guaranteed Interest Rate, Guarantee Period and Written Notification found in **Article I, Section 2--Other Defined Terms**, and replaces them with the following:

**Guaranteed Interest Rate** means the annual rates of interest determined and made available by us in advance for Guaranteed Interest Accounts under contracts of this class from time to time, which, when credited and

compounded daily, produce the effective annual interest rates. Each Guaranteed Interest Account will be credited with the effective annual Guaranteed Interest Rate in effect for it.

**Guarantee Period** means, for each Guaranteed Interest Account, the period or periods which we make available under contracts of this class issued under the same or similar circumstances. We reserve the right, in our sole discretion, to change at any time the Guarantee Periods available for new Guaranteed Interest Accounts; provided, however, we will always offer at least one Guarantee Period of at least two years. You must provide us with Written Notification selecting the Guarantee Period for each Guaranteed Interest Account established under this contract.

Once established, the Guarantee Period for a Guaranteed Interest Account will not be changed by us. If a certain Guarantee Period will become unavailable for future Contributions, we will notify you at least 60 days before the date the use of such Guarantee Period will no longer be available.

**Written Notification** means a form of notice approved by us, including written forms, electronic transmissions, facsimiles or photocopies. We will notify you regarding the acceptable forms of notice we will allow. At our discretion, we may require that a specific form of notice be used in a particular case or that a particular notice be confirmed.

3.    This rider deletes **Article II, Section 1--Contributions; Types of Contributions**, and replaces it with the following:

Contributions may be accepted under this contract on any Business Day on or after the Contract Date, subject to the limitations of the last paragraph of this Section and Article VII, Section 10. Contributions may be any amount determined or allowed by the Plan and accepted on behalf of a Member. Contributions in excess of those determined or allowed by the Plan for the current Plan year may be paid to us only with our consent. We will maintain separate accounting records for each type of Contribution, to the extent possible under our procedures.

All Contributions are payable directly to us at our Corporate Center. Contributions will be credited to Member accounts as of the Business Day on which we accept the Contribution, in accordance with our then-established procedure for crediting Contributions under all contracts of this class. We will inform you in writing of our current procedures for crediting Contributions.

We reserve the right to limit or refuse further Contributions under this contract. We will give you written notice at least 60 days before the date after which further Contributions will be limited or refused by us.

4.      This rider deletes **Article V, Section 5--Withdrawal Benefit, Subsection (d)**, and replaces it with the following:

     d)      We reserve the right to limit the number of withdrawals and the right to charge for processing such withdrawals; provided, however, that two (2) withdrawals will always be available each Deposit Year and provided further that any increase in such processing charge will not apply to total withdrawals made during or at the end of the Guarantee Periods for the applicable Guaranteed Interest Accounts.

5.      This rider deletes the portion of **Article V, Section 6--Charges for Surrender of a Guaranteed Interest Account or a Vested General Accumulation Account**, which follows the first paragraph, and replaces it with the following:

If all or a portion of a Guaranteed Interest Account or Vested General Accumulation Account is surrendered early, such amount or amounts will be in accordance with the following:

     a)      The interest rate to be used for comparison in (b) and (c) below will be the Applicable U.S. Treasury Rate on the date of surrender minus .50%.

     b)      If the interest rate determined in accordance with (a) above is equal to or less than the Composite Guaranteed Rate for such account, there is no charge.

     c)      If the interest rate determined in accordance with (a) above is greater then the Composite Guaranteed Rate for such account, such charge is equal to:

         i)      the difference between such interest rate on the date of surrender and the Composite Guaranteed Rate multiplied by

         ii)      the number of years (including fractional parts of a year) remaining in the Guarantee Period for such Guaranteed Interest Account or Vested General Accumulation Account multiplied by

         iii)      the amount being surrendered.

If the payment or transfer under this Section results in the application of all of the account, the amount paid or transferred will be equal to such account reduced by the amount determined under (c) above.

If the entire Guaranteed Interest Account or Vested General Accumulation Account is surrendered, such account will be reduced on the date of surrender and the remainder will be paid or transferred.

If a portion of the Guaranteed Interest Account or Vested General Accumulation Account is surrendered, such account will be reduced by the amount being surrendered plus the surrender charge, if any.

6.     This rider deletes **Article VII, Section 9--Amendments, Subsection (b)**, and replaces it with the following:

b)     As of any date after the Contract Date, we may amend or change the length of the Guarantee Period; the Order of Application; the provisions for transferring values between accounts; the percentage contained in Article V, Section 6; and the items included in the Operating Expenses for Separate Accounts under the Separate Investment Account Rider (if such a rider is attached to this contract). We will give you 60 days written notice of any such change.

7.     This rider deletes **Article VII, Section 9--Amendments, Subsection (f)**, and replaces it with the following:

f)     Any amendment or change under this Section 9 is binding and conclusive on each Member, beneficiary, or contingent annuitant, but is limited by the following:

i)     No amendment or change will apply to annuities purchased under Article IV before the effective date of the amendment or change except to the extent necessary in making changes in accordance with item (a) above.

ii)     No amendment or change under (b) above will affect Guaranteed Interest Accounts or Vested Deferred Accounts established prior to the date of the amendment or change, except as provided in 9A below.

iii)     No amendment or change in Table 1 will apply to amounts attributable to the values held for Members before the date of amendment or change.

8.     This rider adds the following Section 9A to **Article VII--General Provisions**:

**SECTION 9A--EXPENSE GUARANTEES.**

We charge expenses in accordance with Article II, but subject to Section 9(f)(ii) of this Article. If you choose not to accept an expense change, as provided in Section 9(f)(ii), the following will occur:

a)     Cessation of Contributions will occur on the date specified in your Written Notification; provided, however, such date must be before or within the 90 day period following the date we receive such Written Notification.

b)     Separate Investment Accounts will be transferred to you, if you are a trustee, or to the Funding Agent you tell us to, when you request such transfer, but in no event more than 90 days after the date the new expenses would otherwise take effect for this contract.

If you have not designated the Funding Agent to whom funds are to be transferred within the 90 days after the date expenses changed, we will pay these funds to you, if you are a trustee of the Plan. If you are not the Plan trustee, you must designate the Funding Agent to whom these amounts are to be transferred. Failure to designate an alternate Funding Agent within the time allowed by this Section will be deemed to be acceptance of the changed expenses for this contract.

c)     You are not required to transfer any Guaranteed Interest Account or Vested General Accumulation Account during their respective Guarantee Periods. You may choose to have such accounts mature under this contract before transferring any of such amount to another Funding Agent. All such amounts must be transferred to another Funding Agent or used to purchase annuities hereunder at the end of the Guarantee Period of each. The expense rate used to calculate expenses on each Guaranteed Interest Account or Vested General Accumulation Account will remain the same as before Written Notification.

9.    This rider deletes **Article VII, Section 17--Investment Manager**, and replaces it with the following:

As set out in Article II, Sections 2, 9, and 10, and in Article III, Section 3 and 4, the right to direct the split of Contributions between Guaranteed Interest Accounts and Separate Investment Accounts and to direct any transfer between these Accounts is reserved to you and/or the Member, all in accordance with provisions of the Plan.

Application for and issuance of this contract constitutes appointment of and acceptance and affirmation by us that (i) we are an "investment manager" as described under the Employee Retirement Income Security Act of 1974 (ERISA) solely with respect to Plan assets held in Separate Accounts under this contract, except for the right reserved in the preceding paragraph and (ii) we are qualified to accept such appointment and acknowledge that by virtue of such appointment we are a fiduciary of the Plan for this purpose, within the meaning of ERISA with respect to our responsibilities as investment manager.

The Guaranteed Interest Accounts are guaranteed benefit policies, as defined in ERISA. We are not an investment manager nor are we any kind of ERISA fiduciary with regards to any amounts held under the Guaranteed Interest Accounts.

Principal Life Insurance Company

President and
Chief Executive Officer

## SPECIAL NOTICE

**Principal Life Insurance Company**
**711 High Street**
**Des Moines, Iowa 50392-0001**

The policy or contract, or a portion of it, may not be covered by the Kansas Life and Health Insurance Guaranty Association.

If coverage is available for all or a portion of the policy or contract, coverage is subject to significant limitations and exclusions and is conditioned upon continued residency in this state. The Kansas Life and Health Insurance Guaranty Association or the Kansas Insurance Department will respond to any questions regarding the extent of coverage, if any, under the Kansas Life and Health Insurance Guaranty Fund. The addresses of the Association and Insurance Department are below.

Insurance companies and their agents are prohibited by law from using the existence of the Kansas Life and Health Insurance Guaranty Association or its coverage to sell an insurance policy or contract.

The Kansas Life and Health
Insurance Guaranty Association
300 Southwest Eighth Avenue
Topeka, Kansas 66603

The Kansas Insurance Department
420 Southwest Ninth Street
Topeka, Kansas 66612

GP 47143 KS                    1

**Principal Life Insurance Company**

## SEPARATE INVESTMENT ACCOUNT RIDER

This rider is added to the Group Annuity Contract issued by us of which it is a part. All terms defined in the contract have the same meaning where used in this rider. The effective date of this rider is the latest of (i) the Contract Date, (ii) the date this rider has been approved for use in the state of issue, or (iii) the date stated in the amendment adding this rider to the contract.

The purpose of this rider is to allow the contract to participate in our Separate Accounts. We reserve the right to limit both the number of Separate Accounts available under the contract and the number available to each Member. The following Separate Accounts may be available under this contract:

Principal Bond and Mortgage Separate Account
Principal Bond Emphasis Balanced Separate Account
Principal Capital Appreciation Separate Account
Principal Core Plus Bond I Separate Account
Principal Disciplined LargeCap Blend Separate Account
Principal Diversified International Separate Account
Principal Equity Income Separate Account
Principal Government & High Quality Bond Separate Account
Principal High Quality Intermediate-Term Bond Separate Account
Principal High Yield I Separate Account
Principal Income Separate Account
Principal Inflation Protection Separate Account
Principal International Emerging Markets Separate Account
Principal International Growth Separate Account
Principal International I Separate Account
Principal International SmallCap Separate Account
Principal LargeCap Blend I Separate Account
Principal LargeCap Blend II Separate Account
Principal LargeCap Growth Separate Account
Principal LargeCap Growth I Separate Account
Principal LargeCap Growth II Separate Account
Principal LargeCap S&P 500 Index Separate Account
Principal LargeCap Value Separate Account
Principal LargeCap Value I Separate Account
Principal LargeCap Value III Separate Account
Principal LifeTime 2010 Separate Account
Principal LifeTime 2015 Separate Account
Principal LifeTime 2020 Separate Account
Principal LifeTime 2025 Separate Account
Principal LifeTime 2030 Separate Account

Principal LifeTime 2035 Separate Account
Principal LifeTime 2040 Separate Account
Principal LifeTime 2045 Separate Account
Principal LifeTime 2050 Separate Account
Principal LifeTime 2055 Separate Account
Principal LifeTime Strategic Income Separate Account
Principal MidCap Blend Separate Account
Principal MidCap Growth Separate Account
Principal MidCap Growth III Separate Account
Principal MidCap S&P 400 Index Separate Account
Principal MidCap Value I Separate Account
Principal MidCap Value III Separate Account
Principal Money Market Separate Account
Principal Preferred Securities Separate Account
Principal Real Estate Securities Separate Account
Principal Short-Term Bond Separate Account
Principal SmallCap Blend Separate Account
Principal SmallCap Growth Separate Account
Principal SmallCap Growth I Separate Account
Principal SmallCap Growth II Separate Account
Principal SmallCap S&P 600 Index Separate Account
Principal SmallCap Value Separate Account
Principal SmallCap Value I Separate Account
Principal SmallCap Value II Separate Account
Principal Stock Emphasis Balanced Separate Account
Principal Strategic Asset Management Balanced Separate Account
Principal Strategic Asset Management Conservative Balanced Separate Account
Principal Strategic Asset Management Conservative Growth Separate Account
Principal Strategic Asset Management Flexible Income Separate Account
Principal Strategic Asset Management Strategic Growth Separate Account
Principal Total Market Stock Index Separate Account
Principal U.S. Property Separate Account
Principal Ultra Short Bond Separate Account

Although all Separate Accounts listed above may be available under this contract, you may send us Written Notification indicating you want the contract administered so that assets held under this contract will not participate in one or more of these Separate Accounts. You may revoke your Written Notification by sending us a new Written Notification.

A.  **DESCRIPTIONS OF THE SEPARATE ACCOUNTS.** Each Separate Account is a pooled Separate Account for use by our retirement plan customers. The funds held in each Separate Account will be invested and

reinvested by us in accordance with applicable law, without regard to any investment requirements of our general account assets or of any of our other Separate Accounts.

A Separate Account consists of funds we receive under group annuity contracts or policies which permit deposit in such Separate Account and under which amounts are directed to such Separate Account. All income gains and losses (whether or not realized), and expenses from the assets allocated to a Separate Account will be credited to or charged against that Separate Account without regard to any other income, gains or losses, or expenses we might have for our general account or any other Separate Account. The assets of a Separate Account will not be charged with any liabilities arising out of the investment experience of our general account or any other Separate Accounts outside that Separate Account. We may occasionally invest the assets of any Separate Account in short term money market instruments, cash or cash equivalents.

**Principal Bond and Mortgage Separate Account.** Principal Bond and Mortgage Separate Account is invested primarily in bond and mortgage-type investments similar to our general account, including bonds and mortgages from both United States and non-United States corporations.

**Principal Bond Emphasis Balanced Separate Account.** Principal Bond Emphasis Balanced Separate Account is invested in other Separate Accounts established and maintained by us. The majority of the assets will be invested in other Separate Accounts which are invested primarily in bonds, mortgages, commercial paper and other fixed income type investments. The remainder of the assets of this Separate Account will be invested in one or more of our Separate Accounts invested primarily in common stocks and other equity investments.

**Principal Capital Appreciation Separate Account.** Principal Capital Appreciation Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in the common stocks of small, medium and large-capitalization companies. The mutual fund may also invest in REIT securities and below-investment-grade fixed-income securities. The Separate Account may also invest directly in the investments previously described or in some other type of investments that maintains the investments previously described.

**Principal Core Plus Bond I Separate Account.** The Principal Core Plus Bond I Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in fixed income-type investments including fixed income instruments from both United States and

non-United States entities. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Disciplined LargeCap Blend Separate Account.** Principal Disciplined LargeCap Blend Separate Account invests primarily in common stocks of large capitalization companies selected with value and/or growth characteristics. A portfolio is constructed using an investment process designed to systematically identify stocks with desirable characteristics and combine these stocks in a risk-managed portfolio to maximize return potential by controlling risk. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Diversified International Separate Account.** Principal Diversified International Separate Account is invested primarily in a broad base of stocks or other securities of corporations located outside the United States, but especially in Europe, South America, and the Pacific rim. These investments will be made in foreign currency or equivalencies but investments in U.S. dollars are also allowed. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal Equity Income Separate Account.** Principal Equity Income Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in dividend-paying common stocks and preferred stocks. The mutual fund may also invest in fixed-income securities, including below-investment-grade fixed-income securities. The Separate Account may also invest directly in the investments previously described or in some other type of investments that maintains the investments previously described.

**Principal Government & High Quality Bond Separate Account.** Principal Government & High Quality Bond Separate Account is invested primarily in obligations issued or guaranteed by United States governmental agencies and instrumentalities, including, but not limited to, the Government National Mortgage Association, the Federal National Mortgage Association, the Federal Home Loan Mortgage Association and the Student Loan Marketing Association. This Separate Account may

invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal High Quality Intermediate-Term Bond Separate Account.**
Principal High Quality Intermediate-Term Bond Separate Account is a pooled investment account invested primarily in high quality, publicly traded bonds (mainly corporates), Treasury notes and bonds, and government agency bonds. The investments may also include such other foreign bond investments as are generally considered appropriate for a high quality bond account. Such holdings shall be predominantly denominated in U.S. dollars. In addition, some funds may be invested in OTC (over the counter) derivative instruments such as options and futures. The fixed income investments in the Separate Account typically have maturities of five to ten years. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal High Yield I Separate Account.**   Principal High Yield I Separate Account is a pooled Separate Account invested primarily in high yield, lower or unrated fixed-income securities selected by identifying three specific attributes: 1) value identification, 2) downside protection, and 3) risk diversification. These securities are selected for value identification, downside protection, and risk diversification. In addition, some funds may be invested in OTC (over the counter) derivative instruments such as options and futures. This Separate Account may invest in the investment outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal Income Separate Account.** Principal Income Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in fixed income-type investments including fixed income instruments from both United States and non-United States entities. Investments might include corporate securities, government securities, and mortgage-backed securities, including below investment-grade fixed-income securities (sometimes called "junk bonds"). The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Inflation Protection Separate Account.** Principal Inflation Protection Separate Account is a pooled investment account invested primarily in inflation protected debt securities in order to provide current income and a real (after-inflation) total return. The investments include

inflation protected debt securities issued by the U.S. Treasury and U.S. Government sponsored entities, inflation protected debt securities issued by corporations, and inflation protected debt securities issued by foreign governments and corporations that are linked to a non-U.S. inflation rate. In addition, some funds may be invested in OTC (over the counter) derivative instruments such as options and futures. This Separate Account may invest in the investment outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal International Emerging Markets Separate Account.** Principal International Emerging Markets Separate Account is invested primarily in common stocks of corporations located in countries outside the United States where structural changes are causing rapid economic growth and improved standards of living. These investments may be made in either United States or foreign currency or equivalencies. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal International Growth Separate Account.** Principal International Growth Separate Account invests primarily in a broad base of stocks or other securities of corporations located outside the United States, whose shares primary trading market is outside the United States, or who derive most of their revenues outside the United States. These investments will be made in foreign currency or equivalencies but investments in U.S. dollars are also allowed. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal International I Separate Account.** Principal International I Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in common stocks of companies located outside the United States. These stocks are selected for growth-oriented characteristics and an attractive valuation. These investments may be made in either United States or foreign currency or equivalencies. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal International SmallCap Separate Account.** Principal International SmallCap Separate Account is invested primarily in stocks or other securities of small corporations located outside the United States. These investments may be made in either United States or foreign currency or equivalencies. This Separate Account may invest in the

investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal LargeCap Blend I Separate Account.** Principal LargeCap Blend I Separate Account is invested primarily in common stocks from large, established companies whose stock exhibits a combination of substantial value and good earnings growth potential. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal LargeCap Blend II Separate Account.** Principal LargeCap Blend II Separate Account invests primarily in equity securities of companies that offer superior growth prospects or of companies whose stock is undervalued and, to a limited extent, foreign companies. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LargeCap Growth Separate Account.** Principal LargeCap Growth Separate Account is invested primarily in common stocks from large, established companies whose earnings are expected to grow at above-average rates. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal LargeCap Growth I Separate Account.** Principal LargeCap Growth I Separate Account seeks to maximize long-term capital appreciation by investing primarily in equity securities of U.S. and, to a limited extent, foreign companies that exhibit strong or accelerating earnings growth. This Separate Account uses an active and aggressive style of management to invest primarily in common stocks of larger, established companies. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LargeCap Growth II Separate Account.** Principal LargeCap Growth II Separate Account invests primarily in common stocks of large capitalization companies that are expected to experience accelerating growth. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LargeCap S&P 500 Index Separate Account.** Principal LargeCap S&P 500 Index Separate Account is invested primarily in stocks and securities of companies similar to those stocks which are used to calculate the Standard and Poor's 500 Stock Index (or a similar stock index if the Standard and Poor's 500 Stock Index is no longer calculated). The investments may also include a reasonable amount of stock index futures, commercial paper, OTC (over the counter) derivative securities and other types of investments. In addition, some funds may be invested in stock index accounts operated by other investment managers, including funds operated by affiliates of ours. Principal LargeCap S&P Index Separate Account attempts to earn a return similar to that of the Standard & Poor's 500 Stock Index. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal LargeCap Value Separate Account.** Principal LargeCap Value Separate Account is invested primarily in common stocks from large, established companies with below-average price/earnings ratios and above-average dividend yields which we view as undervalued by the market. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. If the market as a whole is overvalued, we may hold assets of this Separate Account in fixed income securities instead of stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal LargeCap Value I Separate Account.** Principal LargeCap Value I Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in undervalued common stocks and other equity securities of companies among the 750 largest by market capitalization believed to offer above-average potential for growth in future earnings. The mutual fund uses a value-oriented investment approach. The investments may also include OTC (over the counter)

derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LargeCap Value III Separate Account.** Principal LargeCap Value III Separate Account invests primarily in undervalued equity securities of companies among the 750 largest by market capitalization believed to offer above-average potential for growth in future earnings. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2010 Separate Account.** Principal LifeTime 2010 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2015 Separate Account.** Principal LifeTime 2015 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2020 Separate Account.** Principal LifeTime 2020 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2025 Separate Account.** Principal LifeTime 2025 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate

Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2030 Separate Account.** Principal LifeTime 2030 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2035 Separate Account.** Principal LifeTime 2035 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2040 Separate Account.** Principal LifeTime 2040 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2045 Separate Account.** Principal LifeTime 2045 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2050 Separate Account.** Principal LifeTime 2050 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime 2055 Separate Account.** Principal LifeTime 2055 Separate Account invests in portfolios of the Principal Investors Fund, Inc. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal LifeTime Strategic Income Separate Account.** Principal LifeTime Strategic Income Separate Account invests in portfolios of the Principal Investors Fund, Inc. The portfolio uses a moderate allocation strategy that is intended to give the assets exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal MidCap Blend Separate Account.** Principal MidCap Blend Separate Account is invested primarily in common stocks from medium-sized, established companies whose stock exhibits a combination of substantial value and good earnings growth potential. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal MidCap Growth Separate Account.** Principal MidCap Growth Separate Account is invested primarily in common stocks from medium-sized, developing companies whose earnings are expected to grow at above-average rates. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal MidCap Growth III Separate Account.** Principal MidCap Growth III Separate Account uses an active and aggressive style of management to invest primarily in common stocks of medium sized companies. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to

common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal MidCap S&P 400 Index Separate Account.** Principal MidCap S&P 400 Index Separate Account is invested primarily in stocks and securities of companies similar to those stocks which are used to calculate the Standard and Poor's 400 MidCap Stock Index (or a similar stock index if the Standard and Poor's 400 MidCap Stock Index is no longer calculated). The investments may also include a reasonable amount of stock index futures, commercial paper, OTC (over the counter) derivative securities and other types of investments. In addition, some funds may be invested in stock index accounts operated by other investment managers, including funds operated by affiliates of ours. Principal MidCap S&P 400 Index Separate Account attempts to earn a return similar to that of the Standard & Poor's 400 MidCap Stock Index. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal MidCap Value I Separate Account.** Principal MidCap Value I Separate Account is a pooled Separate Account which is invested in a mutual fund that invests primarily in common stocks of medium capitalization companies. The mutual fund uses a value-oriented investment approach. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal MidCap Value III Separate Account.** Principal MidCap Value III Separate Account is invested primarily in common stocks from medium -sized, financially stable companies with below-average price/earnings ratios and above-average dividend yields which we view as undervalued by the market. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. If the market as a whole is overvalued, we may hold assets of this Separate Account in fixed income securities instead of stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal Money Market Separate Account.** Principal Money Market Separate Account is invested primarily in money market instruments such as the obligations of the United States government and its agencies, commercial paper, bank certificates of deposit and similar instruments. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal Preferred Securities Separate Account.** Principal Preferred Securities Separate Account is invested primarily in preferred stocks of U.S. companies. The Separate Account may also invest in common stocks, debt securities, and securities issued or guaranteed by the U.S. Government or its agencies or instrumentalities. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Real Estate Securities Separate Account.** The Principal Real Estate Securities Separate Account invests primarily in equity securities of companies principally engaged in the real estate industry. Investments may include real estate investment trusts and companies with substantial real estate holdings such as paper, lumber, hotel, and entertainment companies. The portfolio may invest up to 25% of its assets in securities of foreign real estate companies. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Short-Term Bond Separate Account.** Principal Short-Term Bond Separate Account is a pooled investment Separate Account invested primarily in high quality, publicly traded bonds (mainly corporates), Treasury notes and bonds, and government agency bonds. The investments may also include such other foreign bond investments as are generally considered appropriate for a high quality bond account. Such holdings shall be predominantly denominated in U.S. dollars. In addition, some funds may be invested in OTC (over the counter) derivative instruments such as options and futures. The fixed income investments in the Separate Account typically have maturities of less than five years. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal SmallCap Blend Separate Account.** Principal SmallCap Blend Separate Account is invested primarily in common stocks from smaller, established companies whose stock exhibits a combination of substantial value and good earnings growth potential. The investments may also include OTC (over the counter) derivative instruments such as options

and futures, other equity securities, or other convertible securities that may be converted to common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal SmallCap Growth Separate Account.** Principal SmallCap Growth Separate Account is invested primarily in common stocks from smaller, developing companies whose earnings are expected to grow at above-average-rates. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal SmallCap Growth I Separate Account.** Principal SmallCap Growth I Separate Account invests mainly in common stocks of smaller companies believed to be poised for growth because of new products, markets, or management. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal SmallCap Growth II Separate Account.** Principal SmallCap Growth II Separate Account invests primarily in equity securities of smaller companies offering superior prospects for earnings growth. These companies are generally characterized as "growth" companies. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal SmallCap S&P 600 Index Separate Account.** Principal SmallCap S&P 600 Index Separate Account is invested primarily in stocks and securities of companies similar to those stocks which are used to calculate the Standard and Poor's 600 SmallCap Stock Index (or a similar stock index if the Standard and Poor's 600 SmallCap Stock Index is no longer calculated). The investments may also include a reasonable amount of stock index futures, commercial paper, OTC (over the counter) derivative securities and other types of investments. In addition, some funds may be invested in stock index accounts operated

by other investment managers, including funds operated by affiliates of ours. Principal SmallCap S&P 600 Index Separate Account attempts to earn a return similar to that of the Standard & Poor's 600 SmallCap Stock Index. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal SmallCap Value Separate Account.** Principal SmallCap Value Separate Account is invested primarily in common stocks from smaller, financially stable companies with below-average price/earnings ratios and above-average dividend yields which we view as undervalued by the market. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities or other convertible securities that may be converted to common stocks. If the market as a whole is overvalued, we may hold assets of this Separate Account in fixed income securities instead of stocks. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal SmallCap Value I Separate Account.** Principal SmallCap Value I Separate Account invests primarily in a diversified group of equity securities of U.S. companies with small market capitalizations selecting those securities using fundamental research, systematic stock valuation and a disciplined portfolio construction process. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal SmallCap Value II Separate Account.** Principal SmallCap Value II Separate Account invests primarily in a diversified group of equity securities of U.S. companies with small market capitalizations that exhibit value characteristics. The investments may also include OTC (over the counter) derivative instruments such as options and futures, other equity securities, or other convertible securities that may be converted to common stocks. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Stock Emphasis Balanced Separate Account.** Principal Stock Emphasis Balanced Separate Account is invested in other Separate Accounts established and maintained by us. The majority of the assets will be invested in other Separate Accounts which are invested primarily

in common stocks and other equity investments. The remainder of the assets of this Separate Account will be invested in one or more of our Separate Accounts invested primarily in bonds, mortgages, commercial paper and other fixed income type investments.

**Principal Strategic Asset Management Balanced Separate Account.** Principal Strategic Asset Management Balanced Separate Account invests in portfolios of the Strategic Asset Management Portfolios. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Strategic Asset Management Conservative Balanced Separate Account.** Principal Strategic Asset Management Conservative Balanced Separate Account invests in portfolios of the Strategic Asset Management Portfolios. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Strategic Asset Management Conservative Growth Separate Account.** Principal Strategic Asset Management Conservative Growth Separate Account invests in portfolios of the Strategic Asset Management Portfolios. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Strategic Asset Management Flexible Income Separate Account.** Principal Strategic Asset Management Flexible Income Separate Account invests in portfolios of the Strategic Asset Management Portfolios. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Strategic Asset Management Strategic Growth Separate Account.** Principal Strategic Asset Management Strategic Growth Separate Account invests in portfolios of the Strategic Asset Management Portfolios. The intent is to give the Separate Account broad exposure to the domestic and foreign equity and fixed-income markets. The Separate

Account may also invest directly in the investments previously described or in some other type of investment that maintains the investments previously described.

**Principal Total Market Stock Index Separate Account.** Principal Total Market Stock Index Separate Account is invested in a manner calculated to give a result similar to the Standard and Poor's 1500 Supercomposite Stock Index (or a similar stock index if the Standard and Poor's 1500 Supercomposite Stock Index is no longer calculated). Initially, this Separate Account will be invested in the other Principal Stock Index Separate Accounts we offer. If we choose, the Separate Account may also be invested in stocks or securities, stock index futures, commercial paper, mutual funds or other funds managed by other investment managers, and other types of investments as permitted under applicable state law. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

**Principal U.S. Property Separate Account.** Principal U.S. Property Separate Account is invested primarily in real estate such as office buildings, industrial buildings, shopping centers, retail stores and similar property.

**Principal Ultra Short Bond Separate Account.** Principal Ultra Short Bond Separate Account is a pooled investment Separate Account invested primarily in asset-backed securities, corporate investment grade bonds, corporate high yield bonds and commercial mortgage-backed securities. Such holdings shall be predominantly denominated in U.S. dollars. In addition, some funds may be invested in OTC (over the counter) derivative instruments such as options and futures. The investments may also include such other foreign bond investments as are generally considered appropriate for an ultra short duration bond account. The fixed income investments in the Separate Account typically have maturities of 0.9 years. This Separate Account may invest in the investments outlined in this Separate Account description or in an underlying mutual fund or other type of investment that maintains the investment described.

B. **DETERMINING SEPARATE ACCOUNT VALUES; OPERATING EXPENSES.** The value of a Separate Account is its market value (appraised market value for Principal U.S. Property Separate Account) less Operating Expenses accrued but not deducted, if any. To the extent that a Separate Account invests in a Mutual Fund, the value of such Separate Account is the number of the shares invested in the Mutual Fund multiplied by the Mutual Fund's NAV for that Valuation Date. If there is no readily available market, its value is the fair market value of

the assets held in such Separate Account as determined by us using generally accepted accounting practices and applicable law. The value of all Separate Accounts will always be expressed in U.S. dollars. We will determine the value of a Separate Account on each Valuation Date.

Net Asset Value (NAV) means the price per mutual fund share represented as a dollar amount.

Operating Expenses are those charges which must be paid in order to operate a Separate Account or obtain investments for a Separate Account. Operating Expenses include, but are not limited to, custodial fees, transfer taxes, brokerage fees, processing fees, and other taxes and fees associated with the operation of a Separate Account. Operating Expenses will be deducted from the Separate Account associated with a particular charge on the next Valuation Date after the Operating Expenses have been paid or are immediately payable. In accordance with our then-current procedures, various Separate Accounts may share in the payment of certain Operating Expenses and, in some cases, we may use certain fees paid to us by third parties to offset Operating Expenses incurred by a Separate Account which would otherwise be payable from that Separate Account.

Valuation Date means the date we determine the value of a Separate Account. Valuation Dates will occur on dates we determine, but at least on the last Business Day of a calendar month. Valuation will occur at the end of each such day, according to our then-current procedures. For purposes of the Principal Diversified International Separate Account, Principal International Growth Separate Account, Principal International SmallCap Separate Account, Principal International Emerging Markets Separate Account, and Principal International I Separate Account only those days on which both the value of the underlying investments is determined and we are open for business will be Valuation Dates.

Business Day means a day on which both we and the New York Stock Exchange are open for business, or any other day which we agree will be a Business Day. If you request a list of our Business Days for any calendar year, we will provide you with the list.

C.    **MANAGEMENT FEES.** The Management Fee under each Separate Account will be a percentage of the value of assets in such Separate Account, subject to the equivalent of a maximum annual percentage listed in the Table of Separate Account Features. We reserve the right to change the Management Fee to any charge up to the maximum limit at any time by giving you written notice at least 30 days before the date the change is to take effect.

Management Fee means the charge consisting of the investment Management Fee and the contract expense charge applicable to this class of contracts for each Separate Account.

The assets of Principal Bond Emphasis Balanced Separate Account, Principal Stock Emphasis Balanced Separate Account and Principal Total Market Stock Index Separate Account will pay Management Fees under our other Separate Accounts in which they are invested. An additional Management Fee will be charged under these Separate Accounts only for management services actually performed exclusively for assets held in these Separate Accounts.

A pro rata charge will be deducted from each Separate Account on each Valuation Date for the number of calendar days within the Valuation Period ending on such Valuation Date.

Valuation Period means the period from the end of a Valuation Date to the end of the next following Valuation Date.

D.   **SEPARATE INVESTMENT ACCOUNT.** A Separate Investment Account is established for each Member for a Separate Account for each type of Contribution a Member directs to such Separate Account.

An Unallocated Separate Investment Account will be established for Contributions we accept for which we do not have investment direction or for which you have Notified us that such Contributions are not to be allocated at this time. You may Notify us of the Separate Account you wish to be used as the Unallocated Separate Investment Account. If you have not given us such Notification, we will establish such an account for this contract using the Principal Money Market Separate Account. In any event, if you do not wish to have an Unallocated Separate Investment Account established hereunder, you may so Notify us and we will not establish one. If no Unallocated Separate Investment Account is established under this contract, all Contributions for which we have no investment direction will be directed to Member's Guaranteed Interest Investment with the shortest Guarantee Period then available under the contract.

Unallocated Separate Investment Account means the account established to hold unallocated Contributions, invested in the separate account specified by you or the Principal Money Market Separate Account, and operates as if it were a Member's account. By mutual agreement with us, you may specify one or more other Separate Accounts to use as Unallocated Separate Investment Accounts. If more than one Unallocated

Separate Investment Account is established, you must Notify us which Unallocated Separate Investment Account is to be used for any such unallocated Contributions.

E. **RETURNS CREDITED TO SEPARATE INVESTMENT ACCOUNTS.** Each Separate Investment Account established under this contract will be credited with its portion of the return associated with the appropriate Separate Account. The return for a Separate Account will be based on the change in value of that Separate Account less any Management Fee.

In order to track the returns for the Separate Investment Accounts established under this contract, we will use a unit value system of recordkeeping, unless we determine that another recordkeeping system would be more appropriate.

F. **UNIT VALUE SYSTEM OF RECORDKEEPING.** Under a unit value system of recordkeeping, we will calculate the value of a Separate Investment Account for each Valuation Date by multiplying the number of Separate Account units held in the Separate Investment Account by the applicable Unit Value. A Unit Value is the dollar value for one unit.

Contributions or transfers to a Separate Investment Account increase the number of Separate Account units credited to it. Transfers and payments from a Separate Investment Account reduce the number of Separate Account units. The increase or decrease in the number of Separate Account units is calculated by dividing the dollar amount of the contribution, transfer, or payment by the applicable Unit Value.

We will calculate the Unit Value applicable to each Separate Investment Account on each Valuation Date. The Unit Value will be based upon the total value of the Separate Account and the number of existing Separate Account units.

When crediting Contributions and transfers added to a Separate Investment Account we will use the Unit Value applicable to the Separate Investment Account for the Valuation Date on which we accept the Contribution or transfer. If we accept the Contribution or transfer on a date other than a Valuation Date, we will use the Unit Value for the next following Valuation Date.

We reserve the right to change our unit value recordkeeping system upon 30 days notice to you.

G. **DEPOSITS TO SEPARATE ACCOUNTS; RESTRICTIONS AND ORDER OF ENTRY.** We reserve the right to defer, limit, or stop your or any Member's (as permitted by the Plan) ability to direct Contributions and

transfers to or from a Separate Account, and we may require you to transfer existing account balances out of a Separate Account. We may exercise these rights if we

1.    need to comply with regulation, statute, or decisional law to which we are subject,

2.    believe it would be imprudent not to do so in fulfilling our fiduciary role as an investment manager under the Employee Retirement Income Security Act of 1974, as amended (ERISA),

3.    believe the investment approach of the Separate Account no longer makes sense, is excessively expensive, or does not currently have any favorable investment opportunities available, or

4.    decide to suspend or discontinue operation of such Separate Account.

Contributions or transfers directed to a Separate Account that we have closed on a temporary basis, other than Principal U.S. Property Separate Account, will be treated as Contributions or transfers for which we have not received proper investment directions and the provisions of the contract with regard to any such Contributions or transfers will apply.

We must receive new investment direction for any Contributions formerly directed to a temporarily closed Separate Account if you or the Member (as permitted by the Plan) wish to change the way investments are treated, as described in the previous paragraph. Once a temporarily closed Separate Account reopens, we must receive new investment directions in order to direct any Contributions or transfers to such Separate Account. We may limit the application of such new investment directions as necessary to protect the Separate Account.

Contributions or transfers directed to the Principal U.S. Property Separate Account, if we have closed it on a temporary basis, will be directed to Principal Money Market Separate Account, if available, or to such other separate account or general account option as you or the Member may have chosen for a default. We will maintain records of all such Contributions or transfer requests so that such amounts will be transferred to the closed Separate Account as soon as permitted under the terms of the contract.

**Provisions for Principal U.S. Property Separate Account if it has been temporarily closed.** We have established the following order of entry into this Separate Account that was temporarily closed, then reopened:

1.      All amounts held in Principal Money Market Separate Account waiting for transfer to the Separate Account.

2.      Any amounts held in any other Separate Account or in our general account which are to be transferred to the Separate Account.

Within each of the above 2 categories, amounts will be transferred one customer at a time, in order from the oldest waiting Contribution or transfer to the newest Contribution or transfer.

Normally, if the amount of the intended transfer is greater than the amount open for acceptance by a previously closed Separate Account, the entire amount of the transfer will continue to be held in the investment option it was in at the time of the request until the Valuation Date when complete transfer may be made. However, we and you (the Member, if permitted by the Plan) may mutually agree to transfer only a portion of the intended amount to the Separate Account.

We will notify you in writing when amounts have been transferred to a reopened Separate Account.

You or a Member, as permitted by the Plan, may revoke a request for transfer of funds to a Separate Account by telling us in writing before the date transfer is made. The notification must also include new investment directions for the intended transfer.

**Provisions for a permanently closed Separate Account.** We will notify you in writing of our intent to permanently close a Separate Account. You will have 60 days to request transfer as described in the Paragraph labeled "Transfers and Payments from a Separate Account" below. If after 60 days we have not received your written notification of where to transfer a closed Separate Account balance, we will treat that account balance as a Contribution for which we do not have investment direction.

H.      **TRANSFERS AND PAYMENTS FROM A SEPARATE INVESTMENT ACCOUNT.** We will, upon Written Notification from you (the Member if permitted by the Plan), and subject to our right to defer a transfer or payment as described in Section I,

1.      transfer to the Member's Guaranteed Interest Account or another Separate Investment Account all or any portion of the Separate Investment Account specified, or

2.      transfer to another Funding Agent all or any portion of the Member's Separate Investment Account, or

3.   pay the Member an amount equal to all or any portion of the Member's Separate Investment Account, or

4.   pay all or a part of a Member's Separate Investment Account to the Member as a loan if permitted by the Plan.

The amount to be paid or transferred will be determined and paid or transferred within seven Business Days after (i) the Valuation Date on which we receive the Written Notification, or (ii) a later Valuation Date specified in the Written Notification. Payments and transfers will be made in accordance with our then-current procedures. We will notify you in writing of these procedures. The amount transferred or paid will be deducted from the Separate Investment Account from which such transfer or payment was requested on the date of such transfer or payment. Each transfer to another Separate Investment Account may occur only on a Valuation Date of that Separate Account.

We are not responsible for the application of amounts transferred to another Funding Agent.

I.   **LIMITATIONS ON TRANSFERS AND PAYMENTS FROM A SEPARATE INVESTMENT ACCOUNT.** In general, transfers and payments from a Separate Investment Account will be made within seven Business Days after the first Valuation Date following the request specified in Section H of this rider. We reserve the right, however, to defer such transfers or payments up to the maximum number of days shown in the Table of Separate Account Features for each Separate Account. If we defer any transfer or payment under this Section, we will determine the amount to be transferred or paid on the date transfer or payment occurs. We will notify you in the event of any deferment of more than 30 days under the provisions of this Section.

These limitations will not apply to the payments to the beneficiary of a Member due to the Member's death, payments to a Member due to disability or retirement under the Plan, and to purchases of annuities under the contract.

**Special Real Estate Limitations.** Because of the illiquid nature of the assets in which Principal U.S. Property Separate Account is invested, we reserve the right to defer transfers or payments from a Principal U.S. Property Separate Investment Account if a transfer or payment would exceed the amount of cash and other liquid assets held in Principal U.S. Property Separate Account, reduced by amounts committed to purchase properties or needed for Operating Expenses. We will not defer requested transfers or payments for longer than three years under this paragraph. For any Plan that allows Members to direct some or all of

their investments to the Principal U.S. Property Separate Account and for which we keep records, we will notify all Members in the event of any deferment of more than 45 days of a type described under this paragraph which arises under any of our contracts having access to the Principal U.S. Property Separate Account. Our notice to those members will be in writing and will explain the investment and transfer options available to the Members.

Principal U.S. Property Separate Account may be illiquid for indefinite periods of time. We will not manage Principal U.S. Property Separate Account to provide a liquidity pool for requests for transfer or payment. If requests for transfer or payment from Principal U.S. Property Separate Account are deferred, then the deferred transfers or payments, when made, will be made in the following order:

1.      Any death benefits payable under a defined contribution plan.

2.      All or a portion of each of the other requests for payment, determined as follows:

   (a)      the amount of the request, divided by

   (b)      the amount of all waiting requests, multiplied by

   (c)      the amount we determine to be available to pay requests; provided, however, that no more than the amount of the request shall be paid out.

Deferred transfers or payments, when paid, will be made as of a Valuation Date and will be based on the Principal U.S. Property Separate Account Unit Value as of the date paid. In determining the amount available to pay requests, we will subtract amounts payable under any other group annuity contract which requires that we make payments from the Principal U.S. Property Separate Account using a method other than the one described in this Section.

We reserve the right to make payments in a different manner than described in this Section if we (i) are required to do so under applicable statutes, regulations, or decisional law to which we are subject, (ii) must do so to comply with our fiduciary responsibilities as an ERISA investment manager as described in Article VII, Section 17, or (iii) deem it necessary to make a change to maintain an equitable distribution of assets under all of our group annuity contracts. We will not implement a change under item (iii) before the notice to all affected Contractholders is provided and the appropriate time period after the notice has elapsed.

**Special Limitation for Certain Separate Accounts.** We reserve the right to make the portion of a requested transfer in excess of the specified dollar limit in substantially equal monthly installments over a period not to exceed the specified period, if, in the specified period which ends on the requested date of transfer, all transfers and payments from the total of all Separate Investment Accounts invested in a particular Separate Account which is subject to the dollar limit total the specified dollar limit or more. For purposes of this limitation, transfers and payments from any other Separate Account investments or funds included in the Separate Account from any other contracts or policies issued in connection with the Plan or with any other retirement plan of the Employer will be included as a transfer or payment from a Separate Investment Account. If this limitation is imposed by us, the first installment will be made one month after the date of request, or on such later date that you specify. The specified dollar limit and period are:

1.    $1,000,000 and 12 months, respectively, for Principal International SmallCap Separate Account, and Principal International Emerging Markets Separate Account.

2.    $20,000,000 and 36 months, respectively, for all other Separate Accounts described in this Rider except Principal Money Market Separate Account and Principal Bond and Mortgage Separate Account.

**Mutual Fund Limitation.** Without regard to any other feature of the contract or this rider, if any limitation or delay is imposed by an underlying Mutual Fund, if any, we will be unable to transfer, make payments, or apply amounts held under these Separate Accounts.

J.    **PLANS WHICH MAY INVEST IN THE SEPARATE ACCOUNTS.** The Separate Accounts are not registered with the Federal Securities and Exchange Commission and therefore only Plans which meet certain requirements under the Internal Revenue code may invest in the Separate Accounts. If the Internal Revenue Service or a court makes a final determination that the Plan no longer qualifies as a qualified plan, we will require that you transfer any assets invested in the Separate Accounts. If we decide that you must transfer assets from the Separate Accounts, we will send you a notice describing your options. Your Written Notification must clearly specify the Guaranteed Interest Account(s) where you want the Separate Account assets invested or the Funding Agent to which you want the assets transferred. If we do not receive an acceptable Written Notification from you within five Business Days, we will transfer the assets to the Guaranteed Interest Account with the shortest duration.

K.   **FUNDS.** We are the sole owner of all assets held in the Separate Accounts.

L.   **AMENDMENT BY US.** As of any date, we may unilaterally strike this rider and replace it with a rider to allow participation in any additional Separate Account or Accounts offered by us. Such revised rider will not change the provisions of an existing Separate Account. Participation in any additional Separate Account by a Member will be by Notification.

Principal Life Insurance Company

President and
Chief Executive Officer

## TABLE OF SEPARATE ACCOUNT FEATURES

| Separate Account | Current Annual Management Fee Percentage | Maximum Annual Management Fee Percentage | Maximum Number of Days Allowed to Defer Transfers or Payments |
|---|---|---|---|
| Principal Bond and Mortgage Separate Account | 2.06 | 3.00 | 270 |
| Principal Bond Emphasis Balanced Separate Account | None | 3.00[1] | 270 |
| Principal Capital Appreciation Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Core Plus Bond I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Disciplined LargeCap Blend Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Diversified International Separate Account | 2.41 | 3.00 | 270 |
| Principal Equity Income Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Government & High Quality Bond Separate Account | 1.91 | 3.00 | 90 |
| Principal High Quality Intermediate-Term Bond Separate Account | 1.91 | 3.00 | 270 |
| Principal High Yield I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Income Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Inflation Protection Separate Account | 1.51[2] | 3.00 | 270 |
| Principal International Emerging Markets Separate Account | 2.86 | 3.00 | 270 |
| Principal International Growth Separate Account | 1.51[2] | 3.00 | 270 |
| Principal International I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal International SmallCap Separate Account | 2.81 | 3.00 | 270 |
| Principal LargeCap Blend I Separate Account | 2.11 | 3.00 | 270 |

## TABLE OF SEPARATE ACCOUNT FEATURES

| Separate Account | Current Annual Management Fee Percentage | Maximum Annual Management Fee Percentage | Maximum Number of Days Allowed to Defer Transfers or Payments |
|---|---|---|---|
| Principal LargeCap Blend II Separate Account | 1.51[2] | 3.00 | 270 |
| Principal LargeCap Growth Separate Account | 2.06 | 3.00 | 270 |
| Principal LargeCap Growth I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal LargeCap Growth II Separate Account | 1.51[2] | 3.00 | 270 |
| Principal LargeCap S&P 500 Index Separate Account | 1.66 | 3.00 | 270 |
| Principal LargeCap Value Separate Account | 1.96 | 3.00 | 270 |
| Principal LargeCap Value I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal LargeCap Value III Separate Account | 1.51[2] | 3.00 | 270 |
| Principal LifeTime 2010 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2015 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2020 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2025 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2030 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2035 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2040 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2045 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime 2050 Separate Account | 1.51[3] | 3.00 | 270 |

| TABLE OF SEPARATE ACCOUNT FEATURES | | | |
|---|---|---|---|
| Separate Account | Current Annual Management Fee Percentage | Maximum Annual Management Fee Percentage | Maximum Number of Days Allowed to Defer Transfers or Payments |
| Principal LifeTime 2055 Separate Account | 1.51[3] | 3.00 | 270 |
| Principal LifeTime Strategic Income Separate Account | 1.51[3] | 3.00 | 270 |
| Principal MidCap Blend Separate Account | 2.16 | 3.00 | 270 |
| Principal MidCap Growth Separate Account | 2.16 | 3.00 | 270 |
| Principal MidCap Growth III Separate Account | 1.51[2] | 3.00 | 270 |
| Principal MidCap S&P 400 Index Separate Account | 1.66 | 3.00 | 270 |
| Principal MidCap Value I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal MidCap Value III Separate Account | 2.16 | 3.00 | 270 |
| Principal Money Market Separate Account | 1.91 | 3.00 | 90 |
| Principal Preferred Securities Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Real Estate Securities Separate Account | 1.65[2] | 3.00 | 270 |
| Principal Short-Term Bond Separate Account | 1.91 | 3.00 | 270 |
| Principal SmallCap Blend Separate Account | 2.26 | 3.00 | 270 |
| Principal SmallCap Growth Separate Account | 2.26 | 3.00 | 270 |
| Principal SmallCap Growth I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal SmallCap Growth II Separate Account | 1.51[2] | 3.00 | 270 |
| Principal SmallCap S&P 600 Index Separate Account | 1.66 | 3.00 | 270 |

## TABLE OF SEPARATE ACCOUNT FEATURES

| Separate Account | Current Annual Management Fee Percentage | Maximum Annual Management Fee Percentage | Maximum Number of Days Allowed to Defer Transfers or Payments |
|---|---|---|---|
| Principal SmallCap Value Separate Account | 2.26 | 3.00 | 270 |
| Principal SmallCap Value I Separate Account | 1.51[2] | 3.00 | 270 |
| Principal SmallCap Value II Separate Account | 1.51[2] | 3.00 | 270 |
| Principal Stock Emphasis Balanced Separate Account | None | 3.00[1] | 270 |
| Principal Strategic Asset Management Balanced Separate Account | 1.51[3] | 3.00 | 270 |
| Principal Strategic Asset Management Conservative Balanced Separate Account | 1.51[3] | 3.00 | 270 |
| Principal Strategic Asset Management Conservative Growth Separate Account | 1.51[3] | 3.00 | 270 |
| Principal Strategic Asset Management Flexible Income Separate Account | 1.51[3] | 3.00 | 270 |
| Principal Strategic Asset Management Strategic Growth Separate Account | 1.51[3] | 3.00 | 270 |
| Principal Total Market Stock Index Separate Account | None | 3.00[1] | 270 |
| Principal U.S. Property Separate Account | 2.50 | 4.00 | 3 years |
| Principal Ultra Short Bond Separate Account | 1.51[2] | 3.00 | 270 |

[1] The maximum annual Management Fee percentage includes Management Fees paid under this Separate Account (currently none) and the Separate Accounts in which this Separate Account is invested.

2    This charge does not include Management Fees of any underlying Mutual Funds. Please see the appropriate prospectuses for such charges.

3    This charge does not include Management Fees of any underlying Mutual Funds. Please see the appropriate prospectuses for such charges. In addition to this charge, the underlying mutual fund will bear a pro rata share of the expenses of the funds in which it invests.

# TABLE OF CONTENTS

**ARTICLE I -- DEFINITIONS**

Section 1 ................Parties to this Contract
Section 2 ................Other Defined Terms

**ARTICLE II -- CONTRIBUTIONS AND ACCOUNTS**

Section 1 ................Contributions; Types of Contributions
Section 2 ................Investment Direction
Section 3 ................General Investment Accounts
Section 4 ................Guaranteed Interest Accounts
Section 5 ................Separate Investment Accounts
Section 6 ................Administration Charges
Section 7 ................Holding Accounts
Section 8 ................Transfer to Vested Deferred Accounts
Section 9 ................Transfers Between Accounts
Section 10 ..............Disposition of a Guaranteed Interest Account at the End
of its Guarantee Period
Section 11 ..............Funds

**ARTICLE III -- VESTED DEFERRED ACCOUNTS**

Section 1 ................Vested General Accumulation Accounts
Section 2 ................Vested Separate Accumulation Accounts
Section 3 ................Transfers Between Accounts
Section 4 ................Disposition of a Vested General Accumulation Account
at the End of its Guarantee Period

**ARTICLE IV -- ANNUITY BENEFITS**

Section 1 ................Annuity Benefits
Section 2 ................Options
Section 3 ................Amount of Monthly Annuity
Section 4 ................Cancellation of Annuity

**ARTICLE V -- SUPPLEMENTARY BENEFITS; CHARGES**

Section 1 ................Cash Retirement or Disability Benefits
Section 2 ................Cash Termination Benefits
Section 3 ................Benefits Payable at Death
Section 4 ................Options for Benefits Payable at Death

Section 5 ................Withdrawal Benefit
Section 6 ................Charges for Surrender of a Guaranteed Interest Account
or Vested General Accumulation Account
Section 7 ................Charges for Discontinuation of Participation under the
Contract

## ARTICLE VI -- TRANSFER TO ANOTHER FUNDING AGENT; CESSATION; LIMITATIONS

Section 1 ................Transfer of Another Funding Agent
Section 2 ................Cessation of Contributions
Section 3 ................Limitations on Transfers and Payments from General
Investment Accounts and Vested General Accumulation
Accounts
Section 4 ................Limitations of Transfers and Payments from Separate
Investment Accounts and Vested Separate
Accumulation Accounts

## ARTICLE VII -- GENERAL PROVISIONS

Section 1 ................Certificates
Section 2 ................Beneficiary
Section 3 ................Dividends
Section 4 ................Contract
Section 5 ................Plan and Plan Amendments
Section 6 ................Waiver and Modification
Section 7 ................Misstatements
Section 8 ................Information, Proofs and Determination of Facts
Section 9 ................Amendment
Section 10 ..............Contributions
Section 11 ..............Modification in Mode of Payment of Annuity
Section 12 ..............Commutation of Payments
Section 13 ..............Facility of Payment
Section 14 ..............Pronouns
Section 15 ..............Assignment
Section 16 ..............Basis of Annuity Purchases
Section 17 ..............Investment Manager
Section 18 ..............Ownership

# ARTICLE I -- DEFINITIONS

## SECTION 1--PARTIES TO THE CONTRACT.

This contract is between the Contractholder and Principal Life Insurance Company.

**Contractholder** means the holder of this contract named on the face page and will be referred to in this contract as **you** or **your**.

**Principal Life Insurance Company** will be referred to in this contract as **we, us,** or **our**.

## SECTION 2--OTHER DEFINED TERMS.

**Administration Charges** means the charges described in Article II, Section 6.

**Annuity Commencement Date** means the date on which the account or accounts of a Member are applied to provide annuity income for the Member. The annuity payments must begin on this date unless some later date is selected under Option 4 or Option 5 of Article IV, Section 2. If other than Fixed Dollar Annuity is chosen by a Member, his Annuity Commencement Date must be the first day of the month and Options 4 and 5 are not available.

**Composite Guaranteed Rate** means, as of any date, the rate we determine for the Member's Guaranteed Interest Account or Vested General Accumulation Account which is based on the Guaranteed Interest Rate in effect for each Contribution or transfer to the account, the amount and timing of each such Contribution or transfer, and the amount of any payment or application on or before such date. For second and subsequent Deposit Years of a Guarantee Period, the Composite Guaranteed Rate will be the rate in effect on the last day of the initial Deposit Year.

**Contribution** means the amounts we accept as a Contribution under this contract, as described in Article II, Section 1.

**Deposit Year** means the period (not to exceed 12 months) selected for the crediting of interest to Guaranteed Interest Accounts and Vested General Accumulation Accounts established under this contract. The initial Deposit Year begins on the Contract Date. Subsequent Deposit Years will begin on January 1 and end on December 31.

**Employer** means the corporation or firm named as employer in the Plan and any successor by change of name, merger, purchase of stock, or purchase of assets.

**Fixed Dollar Annuity** means an annuity payable in guaranteed amounts.

**Funding Agent** means an insurance company or trustee designated by you and authorized to receive any amount or amounts transferred from this contract and to apply such amount or amounts for the exclusive benefit of Plan members, without any obligation on our part as to such application. Funding Agent shall also mean Principal Life Insurance Company where you direct us to transfer such amounts from this contract to another group annuity contract issued by us to you.

**General Investment Account** means the account established for a Member as described in Article II, Section 3.

**Guarantee Period** means the period for which a Guaranteed Interest Account or a Vested General Accumulation Account exists. The period or periods available may be any we offer to contracts of this class under the same or similar circumstances. We reserve the right, in our sole discretion, to change at any time the Guarantee Periods available for new Contributions and transfers, including transfers from existing Guaranteed Interest Accounts and Vested General Accumulation Accounts. We reserve the right to limit both the number of Guarantee Periods available under this contract and to each Member.

You must give us Written Notification of the Guarantee Periods you select from those available under the contract. Your selection will remain in effect until modified by B. or C. below.

Our rights to change and to limit the Guarantee Periods available are subject to the following:

A.    Once established by us, the Guarantee Period for a particular Guaranteed Interest Account or Vested General Accumulation Account may not be changed by us. A different Guarantee Period may apply to amounts maturing from such account.

B.    If a particular Guarantee Period is no longer offered, we will notify you at least 60 days before the date the use of such Guarantee Period will no longer be permitted.

C.    For each Deposit Year, you have the right to select Guarantee Periods or to change the selection of Guarantee Periods available to Members by giving us Written Notification before the beginning of the Deposit Year for which the selection applies. The selections for a Deposit Year cannot be changed after its start.

**Guaranteed Interest Account** means each account established for a Member in accordance with Article II, Section 4. A separate Guaranteed Interest Account will be established each Deposit Year for each type of Contribution directed to the General Investment Accounts of a Member and for each Guarantee Period chosen.

**Guaranteed Interest Rate** means the annual rates of interest we declare from time to time for contracts of this class for Contributions and transfers to Guaranteed Interest Accounts and Vested General Accumulation Accounts. Each Contribution or transfer to a Guaranteed Interest Account will be credited with the Guaranteed Interest Rate in effect for the Guarantee Period chosen on the date the Contribution was accepted or the transfer was made. Each transfer to a Vested General Accumulation Account will be credited with the Guaranteed Interest Rate in effect for the Guarantee Period chosen on the date the transfer was made.

**Member** means a person who is entitled to benefits under the Plan.

**Normal Income Form** means the form of benefit to be provided under the Plan if the Member does not elect some other form.

**Normal Retirement Date** means the Member's normal retirement date under the Plan. If the Plan does not specify, it will be the first day of the month on or after his 65th birthday.

**Order of Application** means the order in which we will apply the Guaranteed Interest Accounts or Vested General Accumulation Accounts of a Member when transfer or withdrawal of a portion of his General Investment Account or his Vested General Accumulation Accounts has been requested. Such Order of Application shall be from the current account first and then from each preceding account with the oldest account being last applied. If two or more accounts were established at the same time, the account closest to the end of its Guarantee Period will be applied first.

**Plan** means the retirement plan of the Employer in effect on the date this contract is executed, and as amended from time to time, which the Employer has designated to us in writing as the plan funded by this contract.

**Separate Account** means a Separate Account established and maintained by us in accordance with the laws of Iowa. Each Separate Account in which this contract may participate is described in the Separate Investment Rider or Riders added to this contract.

A Separate Account consists of amounts we receive under group contracts or policies which permit deposit in such Separate Account and which amounts are directed to a Separate Account or Separate Accounts. All income gains and

losses (whether or not realized), and expenses from the assets allocated to a Separate Account will be credited to or charged against that Separate Account without regard to any other income, gains or losses, or expenses we might have for our general account or any other Separate Account. The assets of a Separate Account will not be charged with any liabilities arising out of the investment experience of our general account or any other Separate Accounts outside that Separate Account.

**Separate Investment Account** means the account or accounts established for a Member as described in Article II, Section 5.

**Surrender Charge** means the charge described in Article V, Section 6.

**Termination of Employment** means a Member's termination of an employment relationship with the Employer. This does not include temporary absences, changes in position, or other such occurrences which would be treated as a temporary break in service under the Plan.

**Total and Permanent Disability** means that a Member is disabled, as the result of sickness or injury, so as to be prevented from engaging in any substantial gainful activity and such total disability has been continuous for a period of at least six months. The Member must submit due proof thereof which is acceptable to us.

**Valuation Date** means the date as of which we determine the value of a Separate Account. Valuation Dates will occur at intervals we determine, but not less frequently than the last day of a calendar month. A Valuation Date will occur on those days when the net asset value of the investments of the Separate Account is determined. The valuation will occur as of the end of each such day.

**Valuation Period** means the Period from the end of one Valuation Date to the end of the next following Valuation Date.

**Vested Deferred Accounts** means the Vested General Accumulation Accounts and Vested Separate Accumulation Accounts established under Article III for a Member.

**Vested General Accumulation Account** means each account established under Article III, Section 1 for a Member whose Termination of Employment has occurred, or who becomes a Member because of the death of a Member.

**Vested Separate Accumulation Account** means the account or accounts established under Article III Section 2 for a Member whose Termination of Employment has occurred or who becomes a Member because of the death of a Member.

**Written Notification** means actual delivery to us at our home office in Des Moines, Iowa of an appropriate writing, from the person or persons specified by the Plan, on a form supplied or approved by us.

**Yearly Date** means the Contract Date, January 1, 2010, and January 1 of each year thereafter.

# ARTICLE II -- CONTRIBUTIONS AND ACCOUNTS

## SECTION 1--CONTRIBUTIONS; TYPES OF CONTRIBUTIONS.

Contributions may be accepted by us under this contract on any date on or after the Contract Date, subject to the limitations of Article VII, Section 10. A Contribution on behalf of a Member in any amount determined or allowed by the Plan may be paid to us for that Member. A Contribution on behalf of a Member may be of any type permitted by the Plan. We will maintain separate accounting records for each type of Contribution.

Contributions in excess of those determined or allowed by the Plan for the current Plan year may be paid to us only with our consent.

All Contributions are payable directly to us at our home office in Des Moines, Iowa. Contributions will be accepted by us during our normal business hours Monday through Friday. If received during other hours, Saturdays, and legal holidays, they will be accepted the next following business day.

## SECTION 2--INVESTMENT DIRECTION.

Each type of Contribution on behalf of a Member may be directed to the General Investment Account for the Guarantee Period or Periods selected (see Section 3 below) or to any number of the Separate Investment Accounts (see Section 5 below) or to any combination of such accounts. We must have Written Notification for the portion of each type of Contribution to be held in each account. Contributions will be added to each account in the amount or percentage specified in the Written Notification. By Written Notification, future Contributions may be directed to different accounts or the amount directed to an account may be changed. If a Contribution is received for a Member without Written Notification on file, we will direct that Contribution to his General Investment Account for the shortest Guarantee Period then available under the contract. "Written Notification" as it applies in Sections 2, 8, 9 and 10 of this Article and Article III, Sections 3 and 4, means a form of notice approved in advance by us, including written forms, electronic transmissions, telephone transmissions, facsimiles or photocopies. We will notify you regarding the acceptable forms of notice we will allow. At our discretion, we may require that a specific form of notice be used in a particular case or that a particular notice be confirmed.

**SECTION 3--GENERAL INVESTMENT ACCOUNT.**

A General Investment Account will be established for a Member for each type of Contribution made on the Member's behalf under this contract. Each General Investment Account of a Member will consist of the Guaranteed Interest Accounts established for that type of Contribution which have not been paid or applied in full.

The value of a General Investment Account of a Member on any date will be the sum of the values of the Guaranteed Interest Accounts held under it on such date.

**SECTION 4--GUARANTEED INTEREST ACCOUNT.**

Each Guaranteed Interest Account established for a Member will be credited with the Contributions and transfers directed to it but no further Contributions or transfers will be credited to it after the close of the Deposit Year in which such account was established. The following will apply to each Guaranteed Interest Account:

A.      The value of each Guaranteed Interest Account of a Member at any time during its Guarantee Period will be equal to the sum of all Contributions and transfers, plus interest, less any payments or applications from such account on or before such date of determination.

B.      Interest will be credited on each Contribution or transfer from the date accepted or transferred until the last day of the Guarantee Period or the date of payment or application, if earlier.

Interest at the Composite Guaranteed Rate will be credited daily and compounded annually on the last day of the Deposit Year.

C.      A Guaranteed Interest Account will be paid or applied in full at the end of its Guarantee Period, in accordance with Section 10 of this Article, unless before that date we receive Written Notification that a Member's Termination of Employment has occurred or Written Notification that a payment or application is to be made which is equal to the value of the account. The Guaranteed Interest Account will then be paid or applied in full at such earlier date.

## SECTION 5--SEPARATE INVESTMENT ACCOUNT.

A Separate Investment Account is established for a Member for each type of Contribution directed to each Separate Account in which this contract participates. The applicable Separate Investment Rider attached to this contract describes each such Separate Investment Account and its investment, accounting, valuation, and transfer provisions.

## SECTION 6--ADMINISTRATION CHARGES.

You will be subject to either the streamlined or traditional Administration Charges shown below. We will mutually agree with you which set of Administration Charges applies.

### Subsection 1--Streamlined Administration Charges.

A.   **Electronic Reporting Required.** As part of our agreement with you to provide services hereunder at the streamlined Administration Charges' rate, you agree to transmit all data by electronic means and to pay all contributions and other amounts to us by electronic funds transfer (EFT).

If either data, contributions, or other amounts are not made electronically, this will be considered by both you and us as a statement of Cessation of Contributions as described in Article VI, Section 2.

B.   **Administration Charges.** Administration Charges will be deducted from the Guaranteed Interest Accounts and Separate Investment Accounts of Members each Deposit Year.

The Administration Charge will be

1.   a one-time non-refundable application charge of up to $1000, plus

2.   an annual charge up to $1500.

A portion of the annual Administration Charge will be deducted from each of the Member's Guaranteed Interest Accounts and Separate Investment Accounts. The amount deducted from each such account will be equal to the annual Administration Charge multiplied by the ratio of the value of each such account to the aggregate of the values of all such Guaranteed Interest Accounts and Separate Investment Accounts under the contract.

The one-time application charge should be paid when you submit your application for this contract. However, we may, upon mutual agreement between you and us, deduct such charge from the Member's Guaranteed Interest Accounts and Separate Investment Accounts in the same manner as the annual Administration Charge is deducted.

C. **Separate Payment of Administration Charges.** You may elect to pay the Administration Charges separately. If you make such an election, we shall notify you in writing of the amount of such charges when due. Such charges will be payable at our home office in Des Moines, Iowa, within 30 days after the date of such notice. Failure to pay these charges separately shall result in deduction of such charges from the General Investment Accounts and Separate Investment Accounts of the Members in an equitable manner we determine.

You may revoke your election. This revocation will be effective on the later of the day we receive it or the date specified in the revocation.

**Subsection 2--Traditional Administration Charges.**

A. **Administration Charges.** Administration Charges consisting of a Member Charge and a Contract Charge, as well as other applicable charges, will be deducted from the Guaranteed Interest Accounts and Separate Investment Accounts of Members each Deposit Year. The charges are as follows:

1. **Member Charge.** For each Member who has any Guaranteed Interest Accounts or Separate Investment Accounts, the Member Charge will be equal to an annual charge of

   (a)   $35 if the Plan is subject to Section 401(k) of the Internal Revenue Code of 1986, as amended.

   (b)   $30 if the Plan is not subject to Section 401(k) of the Internal Revenue Code of 1986, as amended.

   An equal portion of the Member Charge will be deducted from each of the Member's Guaranteed Interest Accounts and Separate Investment Accounts.

2. **Contract Charge.** The Contract Charge will be

   (a)   a one-time non-refundable application charge of $600, plus

   an annual charge equal to (b) and (c) below:

(b)     $300 if the Members are using part of their account to purchase life insurance, as allowed by the plan. This charge would also apply if there are any life insurance policies which have been paid in full. Plus

(c)     an amount equal to one of the following:

    (i)     $1,400 if the Plan is not subject to Section 401(k) of the Internal Revenue Code of 1986, as amended, and the form of the Plan is a standardized Principal Financial Group Prototype.

    (ii)    $1,600 if the Plan is not subject to Section 401(k) of the Internal Revenue Code of 1986, as amended, and the form of the Plan is either an individually designed plan or a non-standardized Principal Financial Group Prototype.

    (iii)   $1,600 if the Plan is subject to Section 401(k) of the Internal Revenue Code of 1986, as amended, and the form of the Plan is a standardized Principal Financial Group Prototype.

    (iv)    $1,800 if the Plan is subject to Section 401(k) of the Internal Revenue Code of 1986, as amended, and the form of the Plan is either an individually designed plan or a non-standardized Principal Financial Group Prototype.

A portion of the annual Contract Charge will be deducted from each of the Member's Guaranteed Interest Accounts and Separate Investment Accounts. The amount deducted from each such account will be equal to the annual Contract Charge multiplied by the ratio of the value of each such account to the aggregate of the values of all such Guaranteed Interest Accounts and Separate Investment Accounts under the contract.

The one-time $600 Contract Charge should be paid when you submit your application for this contract. However, we may, upon mutual agreement between you and us, deduct such charge from the Member's Guaranteed Interest Accounts and Separate Investment Accounts in the same manner as the annual Contract Charge is deducted.

3.      **SIMPLE 401(k)**. If your plan is a SIMPLE 401(k) plan, as specified in Section 408(p) of the Internal Revenue Code, your expenses will be calculated applying a 10% deduction to that part of the Member Charge, as specified in 1. above, that is based on the type of plan you have.

4.      **Non-Electronic Charge.** An additional charge will be applied for changes made as indicated below:

(a)      A Paper Transfer/Investment Changes Charge for any transfer of funds or investment direction changes made in accordance with Sections 2, 9 and 10 of this Article will be equal to the total Member Charge, as determined in 1. above, multiplied by .05, and/or

(b)      An additional expense will be charged for any communication, identified as "Written Notification" in Section 2 of this Article, not made electronically. This additional expense will be up to a maximum of $1500.

However, the Non-Electronic Charge will be waived if all such transfers, investment direction changes and communications are made electronically.

B.      **Separate Payment of Administration Charges.** You may elect to pay the Administration Charges separately. If you make such an election, we shall notify you in writing of the amount of such charges when due. Such charges will be payable at our home office in Des Moines, Iowa, within 30 days after the date of such notice. Failure to pay these charges separately shall result in deduction of such charges from the General Investment Accounts and Separate Investment Accounts of the Members in an equitable manner we determine.

You may revoke your election. This revocation will be effective on the later of the day we receive it or the date specified in the revocation.

## SECTION 7--HOLDING ACCOUNTS.

When we receive Written Notification that an event has occurred which requires that a Member's Separate Investment Accounts and his General Investment Accounts be reduced by the provisions of the Plan, we will reduce the account or accounts affected by the amounts specified. The amounts deducted from the Member's accounts will be held in Holding Accounts which correspond to the Member accounts from which they were deducted until they become forfeitures under the Plan or again become part of Member Accounts for such Member.

Member Holding Accounts which become forfeitures will be held in a common General Investment Account or Separate Investment Account we establish for forfeitures under this Contract.

As forfeitures, Holding Account values will be allocated to those Members entitled to them under the Plan and will be applied on the earliest date which is consistent with Plan provisions. Any amounts allocated to a Member because of this Section will be considered a Contribution for him under Section 1 of this Article, and the provisions of Sections 1 and 2 will apply.

## SECTION 8--TRANSFER TO VESTED DEFERRED ACCOUNTS.

If we receive Written Notification that a Member's Termination of Employment has occurred, the nonforfeitable portion of each of the Member's Guaranteed Interest Accounts and Separate Investment Accounts will be transferred to Vested Deferred Accounts for such Member, as described in Article III. Such transfer will occur not later than 60 days after the date we receive Written Notification of the Member's Termination of Employment.

Values attributable to a type of Contribution will be accounted for separately if such separate accounting must be maintained under the Plan.

## SECTION 9--TRANSFERS BETWEEN ACCOUNTS.

In general, all or a portion of a Member's General Investment Accounts and Separate Investment Accounts may be transferred to another of these accounts as of any date, subject to the following:

A.     We must receive Written Notification to transfer. The Written Notification will specify, in addition to the amount to be transferred and the accounts involved, the type of Contribution being transferred. If a requested transfer is from a Member's General Investment Account, the Order of Application (as defined in Article I, Section 2) will determine the accounts to be transferred.

B.     No transfer will be effective if it is within one month before the Member's Annuity Commencement Date.

C.     Except as provided in Section 10 of this Article, all transfers from a General Investment Account are subject to the charges contained in Article V, Section 6. All transfers are subject to the limitations contained in Article VI, Sections 3 and 4.

D.     All Separate Investment Account transfers will be made subject to the provisions of the Separate Investment Rider describing such Separate Account.

E.   We may limit the number of transfers permitted from each account by giving you written notice of such limitation at least 30 days before the restriction begins. At least one transfer each Deposit Year will be permitted, however.

Any transfer under this Section will be an application from the account from which the funds are transferred as of the date of transfer.

## SECTION 10--DISPOSITION OF A GUARANTEED INTEREST ACCOUNT AT THE END OF ITS GUARANTEE PERIOD.

Each Guaranteed Interest Account of a Member which has not been paid or applied in full before the last day of its Guarantee Period will be applied in full on the next day and transferred to a current Guaranteed Interest Account for that Guarantee Period, if available. If that Guarantee Period is no longer available, then, unless otherwise directed by Written Notification, we will make such transfer to a current Guaranteed Interest Account for the shortest Guarantee Period then available under the contract.

In lieu of the transfer described above, we will pay or transfer all or a part of the account in accordance with any Written Notification received before the end of such Guarantee Period. Any such payment or transfer will not be subject to the charge described in Article V, Section 6, but may be subject to the charge described in Article V, Section 7.

## SECTION 11--FUNDS.

We are sole owner of all funds received under this contract. All Contributions to the General Investment Accounts under this contract and all Vested General Accumulation Accounts are and remain a part of our general account without any duty or requirement of segregation or separate investment on our part. Separate Investment Accounts and Vested Separate Accumulation Accounts will be held as stated in the rider or riders describing such Separate Accounts.

# ARTICLE III -- VESTED DEFERRED ACCOUNTS

## SECTION 1--VESTED GENERAL ACCUMULATION ACCOUNTS.

A Vested General Accumulation Account will be established for the nonforfeitable General Investment Account values of each Member for whom transfer is made under Article II, Section 8, or Article V, Section 4. The Guarantee Period for each Vested General Accumulation Account established will be treated as if this were a disposition under Article II, Section 10. A separate Vested General Accumulation Account will be established for each Guarantee Period chosen.

The value of a Member's Vested General Accumulation Account at any time during its Guarantee Period will be equal to the values transferred to it plus interest on such values less any payments or transfers from such account on or before such date of determination.

Interest at the Composite Guaranteed Rate will be credited daily and compounded annually on the last day of the Deposit Year.

A Vested General Accumulation Account will be paid or applied in full at the end of its Guarantee Period, in accordance with Section 4 of this Article, unless before that date we receive Written Notification that a payment or application is to be made which is equal to the value of the account. The Vested General Accumulation Account will then be paid or applied in full on such earlier date.

## SECTION 2--VESTED SEPARATE ACCUMULATION ACCOUNTS.

For each Member who has Separate Investment Accounts established and for whom a Vested Deferred Account could be established, the vested nonforfeitable portions of those Separate Investment Accounts will be converted to Vested Separate Accumulation Accounts for the Member. These Vested Separate Accumulation Accounts will operate in the same manner as Separate Investment Accounts.

## SECTION 3--TRANSFERS BETWEEN VESTED DEFERRED ACCOUNTS.

Unless otherwise specified by the Plan, the Member may direct transfers from one Vested Deferred Account to another, subject to the following:

A.    We must receive Written Notification to transfer. The Written Notification must specify the amount or amounts to be transferred and the accounts involved. If the requested transfer is from one of the Member's Vested General Accumulation Accounts, the Order of Application will apply.

B.  Except as provided in Section 4 of this Article, all transfers from a Vested General Accumulation Account are subject to the charges contained in Article V, Section 6. All transfers are subject to the limitations contained in Article VI, Sections 3 and 4.

C.  All Vested Separate Accumulation Account transfers will be made subject to the provisions of the Separate Investment Rider describing such Separate Account.

D.  We may limit the number of transfers permitted from each account hereunder by giving you and the Members with accounts under this Article written notice of such limitation at least 30 days before the restrictions begin. At least one transfer each Deposit Year will be permitted, however.

Any transfer under this Section will be an application from the account from which funds are transferred as of the date of transfer.

**SECTION 4--DISPOSITION OF A VESTED GENERAL ACCUMULATION ACCOUNT AT THE END OF ITS GUARANTEE PERIOD.**

Each Vested General Accumulation Account of a Member which has not been paid or applied in full before the last day of its Guarantee Period will be applied in full on the next day and transferred to a current Vested General Accumulation Account for that Guarantee Period, if available. If that Guarantee Period is no longer available, then, unless otherwise directed by Written Notification, we will make such transfer to a current Vested General Accumulation Account for the shortest Guarantee Period then available under the contract.

In lieu of the transfer described above, we will pay or transfer all or a part of the account in accordance with any Written Notification received before the end of such Guarantee Period. Any such payment or transfer will not be subject to the charge described in Article V, Section 6, but may be subject to the charge described in Article V, Section 7.

# ARTICLE IV -- ANNUITY BENEFITS

## SECTION 1--ANNUITY BENEFITS.

An annuity will be provided for a Member under any option of Section 2 of this Article, as long as the annuity income to be provided conforms to Plan provisions and complies with the following:

A. The amount available to provide an annuity may be all or a portion of the amount available under the Plan, as reported to us by Written Notification.

B. We must receive Written Notification to provide annuity income for a Member before his Annuity Commencement Date may occur. If no Written Notification to the contrary has been received by us on or after a Member's Termination of Employment and before his Normal Retirement Date, we will convert his Vested Deferred Accounts to provide annuity income starting on his Normal Retirement Date.

C. If no optional form of income is elected, the Normal Income Form will be provided.

D. The amount applied for the Member must be at least $3,500.

E. You or the Member, as permitted by the Plan, must specify what portion of the amount applied is to provide Fixed Dollar Annuity. A transfer between accounts under Article II, Section 9, or Article III, Section 3, may be made to provide the annuity requested. We will apply a Member's General Investment Accounts or Vested Deferred Accounts to provide such annuity.

F. Any other amounts applied, not included in item E. above, will provide Fixed Dollar Annuity as specified in the request to purchase.

G. The form of annuity and the contingent annuitant named (if any) cannot be changed after Annuity Commencement Date.

## SECTION 2--OPTIONS.

Any of the options described below may be chosen as the form of income to be paid for an annuity purchased under Section 1.

**Option 1--Life Annuity with Certain Period.** This provides annuity payments to the Member, starting on his Annuity Commencement Date and continuing for his life. If the Member dies after his Annuity Commencement Date, but before

payments as to him have been made for a certain period, the payments left for that certain period will be continued to the Member's beneficiary. If this option is chosen, we must have Written Notification of the following:

A.     The length of the certain period (0, 5, 10, or 15 years or the period, called installment refund, required for the sum of the monthly payments to equal the amount applied).

B.     Whether the remaining payments, if any, are to be paid as due to the beneficiary or commuted and paid in a single sum.

C.     The beneficiary named by the Member to whom remaining payments are to be made.

**Option 2--Survivorship Annuity with Installment Refund.** This provides monthly annuity payments to the Member, starting on his Annuity Commencement Date and continuing for his life. If the Member dies after his Annuity Commencement Date, a fraction of the monthly annuity will be continued to the contingent annuitant named by the Member for the lifetime of the contingent annuitant. If both the Member and the contingent annuitant die after commencement but before his amount applied has been paid out, the rest of this amount will be paid to his beneficiary in monthly payments. The monthly payments to the beneficiary will be in the same amount as the last monthly payment made by us before the payment to the beneficiary is due.

If this option is chosen, we must have Written Notification of the following:

A.     The fraction to be continued (1/2, 2/3, or 1).

B.     The name and date of birth of the contingent annuitant.

C.     The beneficiary to whom any remaining payments are to be made.

**Option 3--Fixed Period Annuity.** This provides monthly annuity payments to the Member, starting on his Annuity Commencement Date and continuing for a stated (fixed) period. If the Member dies after his Annuity Commencement Date but before payments as to him have been made for the stated period, any payments remaining for this period will be paid to his beneficiary.

If this option is chosen, we must have Written Notification of the following:

A.     The number of months the period is to run (not less than 60).

B.     Whether remaining payments are to be paid as due to the beneficiary or commuted and paid in a single sum.

C.    The beneficiary named by the Member to whom remaining payments are to be made.

**Option 4--Annuity For Minimum Period with Delayed Start Date.** This provides monthly annuity payments to the Member starting on any date which is within twelve months after his Annuity Commencement Date and continuing thereafter for the minimum period selected by the Member. The Member may select a minimum period only or may select payments for his lifetime with a minimum period guaranteed. If the Member dies before income payments for the minimum period have been made to him, any payments remaining will be paid to the Member's beneficiary.

The amount of monthly annuity income payable will be determined by us in accordance with Section 3 of this Article but adjusted to reflect the later starting date for annuity payments.

If this option is chosen, we must agree to its selection and must have Written Notification from you or the Member of the following items:

A.    The length of the minimum period (must be at least 5 years). We reserve the right to limit the fixed periods available under this option.

B.    Whether payments are to be continued for the life of the Member after the minimum period ends.

C.    Whether remaining payments are to be continued to the beneficiary as due or commuted and paid in a single sum.

D.    The beneficiary to whom the remaining payments are to be made.

**Option 5--Survivorship Annuity with Installment Refund and Delayed Start Date.** This provides monthly annuity payments to the Member starting on any date which is within twelve months after his Annuity Commencement Date and continuing thereafter for his life. If the Member dies after income payments have begun, a fraction of the monthly annuity will be continued to the contingent annuitant named by the Member for the lifetime of the contingent annuitant. If both the Member and the contingent annuitant die after commencement but before the amount applied has been paid out, the rest of the amount applied will be paid to the Member's beneficiary in monthly payments of the same amount as the last payment made before the payment to the beneficiary is due.

If the Member dies before income payments begin, payments to the contingent annuitant (or beneficiary, if applicable) will begin on the date chosen by the Member for his payments to begin.

The amount of monthly annuity income payable will be determined by us in accordance with Section 3 of this Article but adjusted to reflect the later starting date for annuity payments.

If this option is chosen, we must agree to its selection and must have Written Notification from you or the Member of the following items:

A.      The fraction to be continued (1/2, 2/3, or 1).

B.      The name, date of birth, and sex of the contingent annuitant.

C.      The beneficiary to whom remaining payments are to be made.

By written agreement with you, we may provide other options permitted by the Plan.

**SECTION 3--AMOUNT OF MONTHLY ANNUITY.**

The amount of monthly Fixed Dollar Annuity purchased under Section 1 of this Article and payable to a Member will be determined by us based on

A.      the amount applied for such portion,

B.      the option chosen,

C.      the age of the Member and of the contingent annuitant (if any), and

D.      the Annuity Commencement Date.

Based on this information and on the annuity conversion rates applicable on the Member's Annuity Commencement Date, we will determine the amount of monthly annuity. The annuity conversion rates used will be the rates applicable under contracts of this class but will not be less favorable to the Members than the rates shown in Table 1; provided, however, if you report to us that all or a portion of the amount of monthly income to be provided to a Member is to use conversion rates which recognize the sex of the Member (and contingent annuitant, if applicable), we will use sex-distinct annuity conversion rates for the portion so reported, and such rates will not be less favorable to the Member than the rates shown in Table 1.

**SECTION 4--CANCELLATION OF ANNUITY.**

If, under the provisions of the Plan in effect on a Member's Annuity Commencement Date, you determine and report to us that the monthly annuity provided for a Member is to be reduced, then the fraction you report of Fixed Dollar Annuity provided for that Member will be canceled, and the amount of monthly annuity payments paid to the Member, his beneficiary or contingent annuitant will be reduced accordingly.

The reserve for any annuity canceled under this Section will be treated as a forfeiture under Article II, Section 7.

# ARTICLE V -- SUPPLEMENTARY BENEFITS; CHARGES

## SECTION 1--CASH RETIREMENT OR DISABILITY BENEFITS.

All or a portion of the amounts available to a Member from his accounts under this contract may be paid to him by us in a single sum on his retirement under the Plan or his Total and Permanent Disability if

A.      the Plan allows such payment, and

B.      we receive Written Notification to make such payment.

The amount available will be determined as of the date we receive the request at our home office, or some later date specified in the request. It will consist of that part of the Member's accounts in which he is vested under the vesting provisions of the Plan.

Any amount payable to a Member under this Section is subject to the delay of payment and limitation provisions of Article VI, Sections 3 and 4, but such amount is not subject to the charge contained in Section 6 of this Article. Cash retirement benefits are subject to the charge contained in Section 7 of this Article.

Any payment made because of this Section will be an application equal to the amount of payment from the account or accounts involved on the date paid and it will be in lieu of any other benefits available under this contract for the amounts applied.

## SECTION 2--CASH TERMINATION BENEFITS.

All or a portion of the amounts available to a Member from his General Investment Accounts and Separate Investment Accounts may be paid to him by us in a single sum on account of his Termination of Employment if

A.      the Plan allows such payment, and

B.      we receive Written Notification to make such payment on or within 60 days after the date we receive Written Notification of the Member's Termination of Employment.

The amount available will be determined as of the date we receive the request at our home office or some later date specified in the request.

Any amount payable under this Section is subject to the delay of payment and limitation provisions of Article VI, Sections 3 and 4. Such amount is also subject to the charge contained in Section 7 of this Article but not the charge contained in Section 6 of this Article.

Cash termination benefits are not available from a Member's Vested Deferred Accounts or Vested Separate Accumulation Account. Any cash payment to the Member from such accounts will be in accordance with Section 5 of this Article.

Any payment made because of this Section will be an application on the date paid equal to the amount of payment from the account or accounts involved, and it will be in lieu of any other benefits available under this contract for the amount applied.

### SECTION 3--BENEFITS PAYABLE AT DEATH.

**Subsection (1)--Before Annuity Commencement Date**. If a Member dies before his Annuity Commencement Date, a benefit equal to his vested accounts will be payable to his beneficiary. Upon receipt of due proof of death, we will pay this benefit in accordance with Plan provisions. If the Plan does not provide for another method, or if no other method has been chosen, we will pay this benefit to the beneficiary in a single sum. We will determine the value of these accounts as of the date proof of death is received at our home office.

There is no charge under Article V, Sections 6 or 7 for a payment made under this Section, nor is such payment subject to the delay of payment and limitation provisions of Article VI, Sections 3 or 4.

**Subsection (2)--After Annuity Commencement Date**. If a Member dies after his Annuity Commencement Date, benefits will be paid under the form of annuity in effect for him.

**Subsection (3)--Proof of Death**. We will accept as due proof of death a copy of a certified death certificate, a copy of a certified decree of a court of competent jurisdiction as to the finding of death, a written statement by a medical doctor who attended the deceased during his last illness, or any other proof that is satisfactory to us.

**SECTION 4--OPTIONS FOR BENEFITS PAYABLE AT DEATH.**

Single sum and annuity benefits payable at death will be in accordance with the Plan; provided, however, if the beneficiary has the right to defer receipt of the benefit, the following will apply:

A.    Vested Deferred Accounts will be established for the beneficiary 60 days after we receive due proof of death unless we receive Written Notification on or before the end of the 60 day period that the beneficiary has chosen some other option.

B.    Once Vested Deferred Accounts have been established, any payment from or application of such accounts will be in accordance with Article III of this contract.

C.    Beneficiaries who are not surviving spouses of Members must choose either a single sum or immediate annuity income within 12 months after the death of the Member. If no such election is made within that time, a single sum will be paid to such beneficiary at the end of the 12 month period in accordance with the provisions of Section 5 of this Article.

**SECTION 5--WITHDRAWAL BENEFIT.**

Upon Written Notification from you or a Member, we will pay to that Member any portion of the amounts available to him under this contract, subject to the following:

A.    The plan must allow for such withdrawal.

B.    Any amount withdrawn under this Section will be subject to both the delay of payment and limitation provisions of Article VI, Sections 3 and 4, and the charges of Section 6 and Section 7 of this Article.

C.    The request must be accompanied (at our request) by the Member's certificate issued as described in Article VII, Section 1.

D.    No more than two requests for portions of a Member's accounts under this contract may be made in a Deposit Year without our express consent; this limit will not affect your right or the Member's right to withdraw all amounts from all of the Member's accounts, however.

We will determine the amount available as of the date we receive the request at our home office, or at some later date specified in the request. The amount available will be that portion of his Separate Investment Account and his General Investment Account to which he would be entitled under the Plan, or his Vested Deferred Accounts.

If a portion of a Member's General Investment Account or Vested General Accumulation Accounts is to be withdrawn, the Order of Application (defined in Article I, Section 2) will apply.

Any payment under this Section will be an application of the portion requested from the account or accounts involved on the date paid. This payment will be in lieu of any other benefits under this contract for the portions so applied.

## SECTION 6--CHARGES FOR SURRENDER OF A GUARANTEED INTEREST ACCOUNT OR A VESTED GENERAL ACCUMULATION ACCOUNT.

If a Member chooses to transfer or withdraw all or a part of a Guaranteed Interest Account or Vested General Accumulation Account during its Guarantee Period, such transfer or withdrawal is a surrender of the portion of the account so transferred or withdrawn. "Transfer or withdrawal" of an account refers to transactions from Guaranteed Interest Accounts or Vested General Accumulation Accounts under any of the following contract provisions: Article II, Section 9; Article III, Section 3; Article V, Section 5; or Article VI, Section 1.

If all or a portion of a Guaranteed Interest Account or Vested General Accumulation Account is surrendered, the amount available will be reduced by a surrender charge equal to the following:

A.     If the Guaranteed Interest Rate in effect for contracts of this class for the date of surrender is equal to or less than the Composite Guaranteed Rate for such account, there is no charge.

B.     If the Guaranteed Interest Rate in effect for contracts of this class for the date of surrender is greater than the Composite Guaranteed Rate for such account, such charge is equal to

   1.     The difference between such Guaranteed Interest Rate for such date of surrender and such Composite Guaranteed Rate multiplied by

   2.     the number of years (including fractional parts of a year) remaining in the Guarantee Period for such account multiplied by

   3.     the amount being surrendered.

If the entire account is surrendered, such account will be applied on the date of surrender and the difference between the amount applied and the surrender charge (if any) determined above will be paid or transferred.

If a portion of the account is surrendered, the amount applied will be equal to the amount being surrendered plus the surrender charge, if any.

**SECTION 7--CHARGES FOR DISCONTINUATION OF PARTICIPATION
UNDER THE CONTRACT.**

If, due to termination of the Plan or due to a transfer of all accounts to another
Funding Agent under Article VI, Section 1, payments are made to or on behalf
of Members for whom benefit events have not occurred from any of the
accounts for such Members within three years after the Contract Date, a charge
of $1,500 will be made for such payment. The portion of the charge deducted
from Member accounts will be determined as follows:

A.     The value of the Contract attributable to a Member in relation to the total
       value of this Contract multiplied by

B.     $1,500.

The amount of charge will be an application from the accounts being paid on
the date of payment.

You may choose to pay the charge directly by providing Written Notification prior
to the termination of the Plan or transfer of all accounts to another Funding
Agent.

Notwithstanding the provisions of the following sections of the contract and of
any of the following riders attached to this contract, the above charge will not
apply if the payment is due to the Member's retirement date, death, Total and
Permanent Disability, bona fide Termination of Employment or a withdrawal:

A.     Any Separate Account Rider attached to this contract.

B.     Article V, Section 1.

C.     Article V, Section 2.

D.     Article V, Section 5.

# ARTICLE VI -- TRANSFER TO ANOTHER FUNDING AGENT; CESSATION; LIMITATIONS

## SECTION 1--TRANSFER TO ANOTHER FUNDING AGENT.

By Written Notification you may request payment of the aggregate of all or a portion of the General Investment Accounts and Separate Investment Accounts and all or a portion of the Vested Deferred Accounts not distributed to Members to another Funding Agent. Subject to the charges provided for in Article V, Sections 6 and 7, and the limitations provided in Sections 3 and 4 of this Article, the amount to be transferred will be determined and transferred within seven business days after the date we receive your request. If you request payment as of some later date, the amounts to be paid out will be determined and paid out as of that later date.

If only portions of the accounts are to be transferred, we will reduce the account or accounts specified in your written request by the portion requested. If Guaranteed Interest Accounts and Vested General Accumulation Accounts are to be transferred, the Order of Application (defined in Article I, Section 2) will apply.

## SECTION 2--CESSATION OF CONTRIBUTIONS.

Cessation of Contributions shall be effective as of any of the following dates:

A.     On the date you notify us in writing that cessation of Contributions is to occur.

B.     On the date the Plan terminates.

C.     On the date the Plan fails to meet the requirements of the Internal Revenue Code if we have given you written notice that cessation is to be effective as of such date.

D.     On the date no General Investment Accounts, Vested Deferred Accounts or Separate Investment Accounts remain under this contract.

Upon cessation of Contributions, no further employees will become Members and no further Contributions will become payable.

All provisions of this contract will remain effective as to any accounts which have not been paid or applied in full.

Once all accounts have been paid or applied in full we will have no further obligation in regard to such accounts.

**SECTION 3--LIMITATIONS ON TRANSFERS AND PAYMENTS FROM GENERAL INVESTMENT ACCOUNTS AND VESTED GENERAL ACCUMULATION ACCOUNTS.**

In general, payments and transfers from the General Investment Accounts and Vested General Accumulation Accounts will be made in full within 90 days after the requested date of payment. We may, at our option, delay such payment or transfer for up to an additional 180 days.

However, if in the 36-month period which ends on the requested date of payment or transfer all payments or transfers from the General Investment Accounts and Vested General Accumulation Accounts total $12,000,000 or more, then the portion of the requested payment or transfer in excess of $12,000,000 may be made in substantially equal monthly installments over a period not greater than the following 36 months. For purposes of this limitation, payments and transfers from our general account from any other contracts or policies we issued in connection with the Plan or with any other retirement plan of the Employer will be included as a payment or transfer from the General Investment Accounts and Vested General Accumulation Accounts. If this limitation is effective, the first installment will be made one month after the date of request, or on such later date that you specify.

Nothing in any of the limitations described above will apply to payments to the beneficiary of a Member, or to applications for conversion to monthly annuity income.

If a deferment is effective under this Section, amounts to be paid or transferred will continue to earn interest at the rate determined pursuant to Article II, Section 4 or Article III, Section 1, until the date payment or transfer occurs. Any surrender charges applicable under Section 1 of this Article will be determined as of the date payment or transfer occurs under this Section. We will notify you in the event of any deferment of more than 30 days under the provisions of this Section.

**SECTION 4--LIMITATIONS ON TRANSFERS AND PAYMENTS FROM SEPARATE INVESTMENT ACCOUNTS AND VESTED SEPARATE ACCUMULATION ACCOUNTS.**

Any limitation on the payment or transfer from a Separate Investment Account or Vested Separate Accumulation Account is contained in the rider describing such Separate Accounts.

# ARTICLE VII -- GENERAL PROVISIONS

## SECTION 1--CERTIFICATES.

We will prepare and send to the Employer, for delivery to each Member, an individual certificate setting out a statement of the benefits to which that Member is entitled and to whom death benefits are payable. If benefits become payable to a Member under one of the options of Article IV, we will issue a superseding individual certificate setting forth the amount, form and period of payment of the monthly annuity benefits.

## SECTION 2--BENEFICIARY.

The beneficiary is the person or persons named by the Member to whom benefits (other than any monthly income payable to a contingent annuitant under the provisions of Article IV, Section 2) are payable under this contract upon the death of the Member, subject to the provisions of Section 13 of this Article.

Unless otherwise specified by the Member with our consent,

A.      if any beneficiary dies before the Member, any monthly payment which would have become payable to such beneficiary, if living, will be payable when due to the beneficiary or beneficiaries surviving the Member in the order provided.

B.      if any beneficiary survives the Member but dies before receiving all of the monthly payments which would have become payable to such beneficiary, if living, payment will be paid when due to the surviving beneficiary or beneficiaries in the order provided.

C.      if the last survivor of all named beneficiaries dies after the death of the Member, (and the contingent annuitant, if any) and before all payments due the beneficiary have been made, the remaining payments will be commuted and the commuted value paid to the executor or administrator of the last survivor of the beneficiaries.

If no named beneficiary survives the Member (and the contingent annuitant, if any), or no beneficiary has been named, any amount which would have become payable to a beneficiary will be commuted and the commuted value paid to the executor or administrator of the Member (the executor or administrator of any contingent annuitant, if he survives the Member).

If the beneficiary is not a natural person taking in his own right (e.g. a trust or an estate), any monthly or other periodic payments will be commuted and the commuted value paid to the beneficiary in one sum. However, if the beneficiary

is a trust established for the benefit of a natural person and if the payment period is at least 24 months and not more than 60 months, monthly or other periodic payments may be continued to such beneficiary.

## SECTION 3--DIVIDENDS.

Any portion of the divisible surplus that we determine to accrue on this contract shall be determined annually by us and shall be credited to this contract on each Yearly Date after the Contract Date. Any such dividend shall be applied as directed by you in accordance with Plan provisions. (NOTE: Because of the direct crediting of interest return to General Investment Accounts, Vested Deferred Accounts and our Separate Accounts, it is not anticipated that there will be any surplus accruing on this contract from which dividends may be apportioned to this contract.)

## SECTION 4--CONTRACT.

This contract and your application, a copy of which is attached to and made a part of this contract, are the entire contract between the parties. We are obligated only as provided in this contract and are not a party to nor bound by any trust or plan.

## SECTION 5--PLAN AND PLAN AMENDMENTS.

You agree to furnish us with a copy of the Plan in effect on the Contract Date and any subsequent amendments to it. No amendment to the Plan which affects our duties and obligations will be effective under this contract if we notify you in writing that such change is unacceptable to us. We agree to notify you within 60 days after we receive an amendment if it is unacceptable.

## SECTION 6--WAIVER AND MODIFICATION.

Only our officers have authority to change this contract or waive any of its provisions or requirements.

## SECTION 7--MISSTATEMENTS.

If the age or sex of any Member or contingent annuitant or any other relevant fact is found to have been misstated, the amount of annuity payable by us will be that provided by the amount applied to provide such annuity, determined as of the date established by the misstated information and on the basis of the correct information. Any overpayment by us resulting from any misstatements will be deducted from amounts thereafter payable to the Member, his contingent annuitant or his beneficiary. Any underpayment by us resulting from any misstatements will be paid in full with the next payment due the Member, his contingent annuitant or his beneficiary.

**SECTION 8--INFORMATION, PROOFS AND DETERMINATION OF FACTS.**

You agree to furnish to us evidence of the age of each Member and his contingent annuitant, if any, on or before the date monthly annuity income is to be provided for him and other records, data, proofs or additional information which, in our opinion, is necessary for the administration of this contract.

For the purposes of this contract, the determination by you as to any facts (except age and sex) relating to any employee is, except for fraud or willful misstatement of fact, conclusive.

**SECTION 9--AMENDMENT.**

We reserve the right to amend or change this contract as follows, subject to the limitations of item F. below:

A.    Any or all of the contract provisions may be changed at any time, including retroactive changes, to the extent necessary to meet the requirements of any law or regulation issued by any governmental agency to which we are subject.

B.    As of any date after the Contract Date and subject to the notice provisions of E. of this Section, we may amend or change Guarantee Periods; the Order of Application; Article II, Section 6; the provisions for transferring values between accounts; and the charges contained in Article V, Sections 6 and 7.

C.    We may amend or change Table 1 as of any date which is at least 5 years after the later of (i) the Contract Date or (ii) the date of the latest amendment or change under this item C.

D.    By written agreement between you and us, this contract may be amended or changed at any time as to any of its provisions, including those in regard to coverage, benefits and the participation privileges, without the consent of any Member, beneficiary or contingent annuitant.

E.    We will give you written notice of any change made because of item A. above. Any amendment or change under items B. or C. will not become effective unless we give you written notice at least 60 days before the date the amendment or change is to take effect.

F.    Any amendment or change under this Section 9 is binding and conclusive on each Member, beneficiary, or contingent annuitant, but is limited by the following:

1.     No amendment or change will apply to annuities purchased under Article IV before the effective date of the amendment or change except to the extent necessary in making changes in accordance with item A. above.

2.     No amendment or change under B. above will affect Guaranteed Interest Accounts or Vested Deferred Accounts established prior to the date of the amendment or change.

3.     No amendment or change in Table 1 will apply to amounts attributable to the values held for Members before the date of amendment or change.

## SECTION 10--CONTRIBUTIONS.

We reserve the right to limit or refuse further Contributions under this contract. We will give you written notice at least 60 days before the date after which further Contributions will be limited or refused by us.

## SECTION 11--MODIFICATION IN MODE OF PAYMENT OF ANNUITY.

If, at any time on or after a Member's Annuity Commencement Date, the monthly amount of the annuity payable under this contract to such Member or to his beneficiary or contingent annuitant would be less than $20, we may, at our option, pay in cash the reserve for the annuity payments in full settlement of all benefits otherwise payable. The reserve will be determined by us on the same mortality and interest basis as the rate which was used to determine the amount of annuity payments. If the monthly annuity being paid is a benefit for which the Plan would need the consent of the Member or contingent annuitant to pay in a single sum, however, we will not exercise our right under this Section without such consent. Amounts of monthly annuity of less than $20 which continue to be paid will be converted to quarterly income payments.

If, at a Member's Termination of Employment, the total of his Separate Investment Accounts and General Investment Accounts is less than $5,000, we, at our option, may pay to such Member the amount of such accounts to which the Member is entitled in a single sum in lieu of any and all other benefits as to such accounts.

## SECTION 12--COMMUTATION OF PAYMENTS.

If any monthly payments are to be commuted, commuted value of the payments will be determined by us, using the interest rate which was used as a basis for calculating the amount of the monthly payment at the time the annuity was started.

Neither the Member, the contingent annuitant nor any beneficiary who is a natural person taking in his own right, has the right to commute any monthly annuity payments under this contract.

## SECTION 13--FACILITY OF PAYMENT.

If any Member, contingent annuitant or beneficiary is physically or mentally incapable of giving a valid receipt for any payment due him and no legal representative has been appointed for him, we may, in the absence of written direction to the contrary from you, at our option, make such payment to the person or persons as have, in our opinion, assumed the care and principal support of the Member, contingent annuitant or beneficiary, except that any payment due a minor will be paid at a rate not exceeding $100.00 per month. However, in no event will any such payment exceed the maximum amount allowed under applicable law of the state in which this contract is delivered. Any such payment made by us shall fully discharge us to the extent of the payment.

## SECTION 14--PRONOUNS.

Masculine pronouns used in this contract include both masculine and feminine gender unless the context indicates otherwise.

## SECTION 15--ASSIGNMENT.

No benefits payable under this contract to any Member, beneficiary or contingent annuitant are assignable, and all such benefits are exempt from the claims of creditors to the maximum extent permitted by law.

## SECTION 16--BASIS OF ANNUITY PURCHASES.

Annuities will be purchased using our then current purchase rates for contracts of this class. Such rates will not be less favorable to the annuitant than the minimum amounts of annuity which may be purchased using rates based on an interest rate of 2 1/2%, a load for expenses of 5% and mortality according to the 1983 Female Table a for Individual Annuity Valuation, full generation mortality projected by Scale G to 1999 as year of entry. Minimum incomes for purchases made within the five-year period beginning January 1, 2000, will be 97% of the incomes purchased under the above basis. Minimum incomes for purchases made within any subsequent five-year period will be 97% of the incomes for the preceding five-year period.

**SECTION 17--INVESTMENT MANAGER.**

As set out in Article II, Sections 2, 9, and 10, and in Article III, Sections 3 and 4, the right to direct the split of Contributions between accounts and to direct any transfer between these accounts is reserved to you and/or the Member, all in accordance with provisions of this contract.

Application for and issuance of this contract constitutes appointment of and acceptance and affirmation by us that (i) we are an Investment Manager as described under the Employee Retirement Income Security Act of 1974 with respect to Plan assets held under this contract, except the right reserved in the preceding paragraph and (ii) we are qualified to accept such appointment and acknowledge that by virtue of such appointment we are a fiduciary of the Plan, within the meaning of the Employee Retirement Income Security Act of 1974 with respect to our responsibilities as Investment Manager.

**SECTION 18--OWNERSHIP.**

You are the owner of this contract; provided however that if the Plan is trusteed and this contract is issued to the trustee(s), the trustee(s) of the Plan is sole owner of all the payments, rights, options, and privileges herein granted or made payable to any Member, beneficiary, or contingent annuitant under this contract. This includes, without limitation, the right to distribute all or a portion of the Member's accounts, or ownership of these rights in respect of such accounts, on or after the Member's Termination of Employment; but this does not include the right to designate a Member's beneficiary unless such right has been granted to the trustee by the Plan or trust. The trustee(s) of the Plan is entitled to exercise all such rights, options, and privileges and to receive all such payments at the time or times specified in this contract that such payments, rights, options, and privileges are available to a Member. Such exercise by the trustee(s) may be made without the consent or participation of any Member, beneficiary, or contingent annuitant.

TABLE 1

An example of the minimum amount of annuity income that could be provided by $10,000.00 of contribution for an immediate, ten-years certain and life thereafter annuity between January 1, 2005 and December 31, 2009, inclusive, is shown in the following table:

| AGE (NEAREST BIRTHDAY) | AMOUNT OF MONTHLY INCOME |
|---|---|
| 45 | $27.14 |
| 50 | 29.10 |
| 55 | 31.63 |
| 60 | 34.92 |
| 65 | 39.28 |
| 70 | 45.10 |

The minimum amounts of annuity available at the other ages and for other forms of income will be determined by us based on the same basis as the above. We will make these available to you on request.

For purchases made within the five-year period beginning January 1, 2010, amounts purchased will be 97% of the amounts shown above. For purchases made within any subsequent five-year period, the amount purchased will be 97% of the amounts for the preceding five-year period.