# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MCCAFFREE FINANCIAL CORP. ON BEHALF OF THE MCCAFFREE FINANCIAL CORP. EMPLOYEE RETIREMENT PROGRAM, on behalf of a class of those similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 4:14-cv-102-SMR |

## NOTICE OF APPEAL

Please take notice that Plaintiff MCCAFFREE FINANCIAL CORP. ON BEHALF OF THE MCCAFFREE FINANCIAL CORP. EMPLOYEE RETIREMENT PROGRAM, on behalf of a class of those similarly situated, appeals to the United States Court of Appeals for the Eight Circuit from the Judgment entered in this action on December 11, 2014 (DE 56).

Dated: December 22, 2014

                                                  Respectfully submitted,

                                                  SCHNEIDER WALLACE COTTRELL
                                                  KONECKY WOTKYNS LLP

                                                  /s/ Jason H. Kim
                                                  Jason H. Kim
                                                  180 Montgomery Street, Suite 2000
                                                  San Francisco, California 94014
                                                  Telephone: (415) 421-7100
                                                  Facsimile: (415) 421-7105
                                                  jkim@schneiderwallace.com

Garrett W. Wotkyns
Michael C. McKay
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0143
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Joseph R. Gunderson AT0003031
GUNDERSON SHARP, LLP
321 E. Walnut Street, Suite 3000
Des Moines, Iowa 50309
Telephone: (515) 288-0219
Facsimile: (515) 288-0328
jgunderson@midwest-law.com

John F. Edgar
John M. Edgar
EDGAR LAW FIRM LLC
1032 Pennsylvania Avenue
Kansas City, Missouri 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com
jme@edgarlawfirm.com

Attorneys for Plaintiff / Appellant

## CERTIFICATE OF SERVICE

I certify that on December 22, 2014, I electronically filed the foregoing Plaintiff's Notice of Appeal with the Clerk of the Court using the ECF system, which will send notification of the filing to the parties participating in the Court's electronic filing system.

/s/ Jason H. Kim