# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 06, 2015

Mr. Jason H. Kim
SCHNEIDER & WALLACE
Suite 2000
180 Montgomery Street
San Francisco, CA  94104

RE:  15-1007  McCaffree Financial Corp. v. Principal Life Insurace Co.

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

**On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.**

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

DMW

Enclosure(s)

cc:    Mr. John Fisher Edgar
       Mr. John M. Edgar
       Mr. Joel S. Feldman
       Mr. Joseph R Gunderson
       Ms. Marjorie Krahn
       Mr. Eric S. Mattson
       Mr. Michael C. McKay
       Ms. Kelli Mulcahy
       Mr. Alexander T. Ricke
       Mr. Todd M. Schneider
       Mr. Patrick J. Van Zanen
       Ms. Angel A. West
       Mr. Garrett W. Wotkyns

District Court/Agency Case Number(s):   4:14-cv-00102-SMR

**Caption For Case Number:   15-1007**

McCaffree Financial Corp., on behalf of a class of those similarly situated, on behalf of The McCaffree Financial Corp. Employee Retirement Program

        Plaintiff - Appellant

v.

Principal Life Insurace Company

        Defendant - Appellee

**Addresses For Case Participants:   15-1007**

Mr. Jason H. Kim
Mr. Todd M. Schneider
SCHNEIDER & WALLACE
Suite 2000
180 Montgomery Street
San Francisco, CA  94104


Mr. John Fisher Edgar
Mr. John M. Edgar
Mr. Alexander T. Ricke
EDGAR LAW FIRM
1032 Pennsylvania Avenue
Kansas City, MO  64105


Mr. Joel S. Feldman
Mr. Eric S. Mattson
SIDLEY & AUSTIN
Suite 2800
1 S. Dearborn Street
Chicago, IL  60603-0000SIDLEY & AUSTIN


Mr. Joseph R Gunderson
GUNDERSON & SHARP
Suite 300
321 E. Walnut Street
Des Moines, IA  50309-0000


Ms. Marjorie Krahn
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000


Mr. Michael C. McKay
Mr. Patrick J. Van Zanen
Mr. Garrett W. Wotkyns
SCHNEIDER & WALLACE
Suite 270
9501 N. Scottsdale Road
Scottsdale, AZ  85253


Ms. Kelli Mulcahy
123 E. Walnut
Des Moines, IA  50309-0000


Ms. Angel A. West
NYEMASTER & GOODE
Suite 1600
700 Walnut Street
Des Moines, IA  50309-3899