# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 08, 2016

Mr. Jason H. Kim
SCHNEIDER & WALLACE
Suite 1400
2000 Powell Street
Emeryville, CA  94608

      RE:  15-1007  McCaffree Financial Corp. v. Principal Life Insurance Co.

Dear Counsel:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Michael E. Gans
      Clerk of Court

YML

Enclosure(s)

cc:    Mr. John Fisher Edgar
        Mr. John M. Edgar
        Mr. Joel S. Feldman
        Mr. Joseph R Gunderson
        Ms. Megan Doyle Hansen
        Mr. Robert N. Hochman
        Ms. Marjorie Krahn
        Mr. Eric S. Mattson
        Mr. Michael C. McKay
        Mr. Waldemar Jacob Pflepsen Jr.

Mr. John C. Pitblado
Mr. Michael D Pospisil
Mr. Alexander T Ricke
Mr. Todd M. Schneider
Mr. Stephen Silverman
Ms. Lisa Tate
Mr. Michael A. Valerio
Mr. Patrick J. Van Zanen
Ms. Angel A. West
Mr. Garrett W. Wotkyns

    District Court/Agency Case Number(s):   4:14-cv-00102-SMR